UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INA KAPLAN,<br><br>      Plaintiff,<br><br>- against -<br><br>HYATT HOTELS CORPORATION and HYATT ZIVA ROSE HALL,<br><br>      Defendants. | **NOTICE OF MOTION**<br><br>Case No. 1:23-cv-02598 (MKB) (SLT) |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Dean L. Pillarella, Esq., along with all exhibits annexed thereto, the supporting Memorandum of Law, and all of the pleadings and proceedings had herein, Defendants Hyatt Hotels Corporation and Hyatt Ziva Rose Hall, by and through their undersigned attorneys, will move this Court before Hon. Margo K. Brodie, at the Courthouse located at 225 Cadman Plaza East, Courtroom 6F, Brooklyn, New York 11201, on a date set by the Court, for an Order as follows:

a) pursuant to Fed. R. Civ. P. 12(b)(2), dismissing Plaintiff's Complaint in its entirety on grounds of lack of personal jurisdiction over Defendants; and/or

b) dismissing Plaintiff's Complaint in its entirety on grounds of *forum non conveniens*; and

c) awarding Defendants such other, further and different relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to prior Court Order, Plaintiff's answering papers, if any, shall be served on or before July 7, 2023, and Defendant's Reply papers, if any, shall be served on or before July 14, 2023.

1

Dated: New York, New York
June 22, 2023

                                     Respectfully submitted,

                                     **LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendants*
HYATT HOTELS CORPORATION and
HYATT ZIVA ROSE HALL
77 Water Street, Suite 2100
New York, NY 10005
212.232.1300 (P)
212.232.1399 (F)

By:     *Dean L. Pillarella*
        Dean L. Pillarella, Esq.
        James. M. Strauss, Esq.
        *dean.pillarella@lewisbrsibois.com*
        *james.strauss@lewisbrisbois.com*

*Via e-mail and ECF/Pacer to all parties.*