UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

INA KAPLAN,

                        Plaintiff,            **DECLARATION IN SUPPORT**

     -against-                             Case No. 1:23-cv-02598-MLB-ST

HYATT HOTELS CORPORATION and
HYATT ZIVA ROSE HALL,

                        Defendants.

----------------------------------------------------------------X

     DEAN L. PILLARELLA, ESQ., an attorney duly admitted and licensed to practice law before the courts of the State of New York and the United States District Court for the Eastern District of New York, affirms the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

     1)     I am an associate attorney at LEWIS BRISBOIS BISGAARD & SMITH, LLP, attorneys for Defendants HYATT HOTELS CORPORATION and HYATT ZIVA ROSE HALL and, as such, am fully familiar with the facts and circumstances herein as based upon my review of the files maintained by this office.

     2)     I submit this Declaration in support of Defendants' instant Motion for an order dismissing the Verified Complaint in its entirety (i) pursuant to Fed. R. Civ. P. 12(b)(2), lack of personal jurisdiction; or (ii) alternatively, if personal jurisdiction over Defendants is found to exist, based on Ms. Kaplan's signed agreement containing a mandatory jurisdictional clause which obligates her to bring any claims asserted against Defendants in the courts of Jamaica; or (iii) alternatively, under the common-law doctrine of *forum non conveniens*; and awarding Defendants such other relief as is just and proper.

     3)     Defendants' Memorandum of Law is annexed hereto. For the reasons contained therein, the instant Motion is properly granted in its entirety.

1

4)      A true and accurate version of the Verified Complaint referenced therein is attached hereto as **Exhibit A**.

5)      A true and accurate version of the Declaration of CHRISTINA URBANSKI referenced therein is attached hereto as **Exhibit B**.

6)      A true and accurate version of the Declaration of PANNA UTPAUL referenced therein is attached hereto as **Exhibit C**.

7)      A true and accurate version of the Declaration of DANIELLE ARCHER referenced therein is attached hereto as **Exhibit D**.

8)      I accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, Defendants HYATT HOTELS CORPORATION and HYATT ZIVA ROSE HALL respectfully request an order dismissing the Verified Complaint in its entirety (i) pursuant to Fed. R. Civ. P. 12(b)(2), lack of personal jurisdiction; or (ii) alternatively, if personal jurisdiction over Defendants is found to exist, based on Ms. Kaplan's signed agreement containing a mandatory jurisdictional clause which obligates her to bring any claims asserted against Defendants in the courts of Jamaica; or (iii) alternatively, under the common-law doctrine of *forum non conveniens*; and awarding Defendants such other relief as is just and proper.

Dated:      New York, NY
            June 22, 2023

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*Attorneys for Defendants*
HYATT HOTELS CORPORATION and
HYATT ZIVA ROSE HALL
77 Water Street, Suite 2100
New York, NY 10005
212.232.1300 (P)

212.232.1399 (F)

By:    *Dean L. Pillarella*
       Dean L. Pillarella, Esq.
       212.863.9521 (Direct)
       *dean.pillarella@lewisbrisbois.com*

*Via e-mail and ECF/Pacer to all parties.*