EXHIBIT "C"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INA KAPLAN,

                      Plaintiff,

-against-

HYATT HOTELS CORPORATION and
HYATT ZIVA ROSE HALL,

                      Defendants.
-----------------------------------------------------------X

**DECLARATION IN SUPPORT**

Case No. 1:23-cv-02598-MKB-ST

**PANNA UTPAUL**, hereby deposes and says as follows under penalty of perjury pursuant to 28 U.S.C. 1746:

1) I am over eighteen years of age, of sound mind, and am General Manager of the Hyatt Ziva & Hyatt Zilara Rose Hall Resort (hereinafter the "Rose Hall Resort").

2) As the Rose Hall Resort's General Manager, I am employed by Playa Hall Jamaican Resort Limited ("Playa Hall").

3) In this capacity, I aver to the facts and circumstances herein as based upon my personal knowledge, experience, training, and review of documentation prepared and maintained in the ordinary course of business.

4) I have reviewed Plaintiff Ina Kaplan's April 05, 2023, Verified Complaint, as found at docket no. 1, case no. 1:23-cv-02598-MKB-ST (hereinafter cited as "Ver. Comp."), for accuracy. I note that the Verified Complaint is verified by Plaintiff personally and made under penalty of perjury. Ver. Comp., p. 6 of 6.

5) The Verified Complaint avers Plaintiff slipped and fell on April 19, 2022, at approximately 3:50 PM, "due to a dangerous and hazardous condition" existing at Building 3, second floor" of the Rose Hall Resort, located in Montego Bay, Jamaica. Ver. Comp., ¶¶21, 24.

1

6) The Verified Complaint names the Rose Hall Resort, or "Hyatt Ziva Rose Hall," as a standalone entity. Ver. Comp., ¶¶4-5. This is incorrect, not a legal entity, and merely the trade name of the hotel owner, Playa Hall.

7) Upon her check-in at the Rose Hall Resort, Plaintiff signed and executed a guest registration card with a forum selection clause. A true and accurate version of the guest registration card is attached hereto as **Exhibit A**.

8) The registration card explicitly reads, "NOTICE TO GUEST," below which appears: "By signing this document, you hereby acknowledge and agree ... that all services provided at the Hotel premises are subject to applicable laws and regulations in Jamaica. As a result, *any incident, complaint, demand, claim or legal proceeding shall be submitted to the exclusive jurisdiction of the Jamaican courts and subject to Jamaican laws and regulations*. You ... hereby expressly waive any right to challenge jurisdiction or venue in such courts (or applicable law) due to your current or future place of residence or nationality." Ex. A, p. 1. Plaintiff's signature appears thereunder.

9) The Rose Hall Resort premises are generally maintained in-house by Rose Hall Resort Jamaican employees, all of whom are located in Montego Bay, Jamaica, and provide services in Jamaica.

10) Said employees are employed by Playa Hall.

11) Playa Hall's internal incident reports, prepared in the ordinary course of business, reveal: (1) Plaintiff booked her stay through a third-party travel agency, "Delta Vacations" and not directly on the Hyatt.com website *see* **Exhibit B**; (2) Playa Hall employee Daniel Boreland witnessed Plaintiff's fall and rendered assistance on scene; (3) Playa Hall employee Nurse Semone McDonald thereafter rendered aid at the Rose Hall Resort's medical quarters and referred Plaintiff

to the Hospiten Montego Bay Hospital, a third-party Jamaican medical facility, where Plaintiff was taken by a Jamaican taxi company; and (4) after her fall, a Rose Hall loss prevention officer spoke with Plaintiff and her husband, Robert Kaplan, regarding the incident.

12) Accordingly, all witnesses, communications, documentation, and other evidence regarding the underlying accident and injuries are located in Jamaica. To my knowledge, all of the relevant witnesses are employees of the Rose Hall Resort and are based in Jamaica or are medical personnel otherwise based in Jamaica.

I hereby declare that the above statements are true to the best of my knowledge and belief and that the same are made for use as evidence in court, subject to penalty of perjury pursuant to applicable New York law and 28 U.S.C. 1746.

Dated this 21 day of June 2023:

_____
PANNA UTPAUL

A

# HYATT ZIVA
*Rose Hall*



| Rate per night: | | Check out time at 12 noon: |
|---|---|---|
| incl TAX | | |
| Last name: Kaplan | | Confirmation.: 26044204 |
| First name: Robert | | Room No: 3206 |
| Arrival: 04-16-22 | Departure: 04-23-22 | Room Type: Ziva Ocean Front Jr. Suite King |
| Address: 29 Coventry Rd | | Adults: 2 |
| City: Syosset | State: NY | Agency: DELTA VACATIONS PACKAGE |
| Country: Jamaica | Zip Code: 11791 | Group: |
| Telephone: 701/8395555 | e-mail: RJKaplan@aol.com | |
| Do you wish to become a World of Hyatt Member? | YES ⊙ NO ⊙ | WOH: |

## NOTICE TO GUEST

For your convenience, there is a safety deposit box in your guest room. Please note Hyatt Zilara Rose Hall (the "Hotel") is not responsible for valuables lost in guest rooms or public areas.

The Hotel is committed to providing its guests and associates with a smoke free environment. Smoking is not permitted in any guest room. Failure to comply with this prohibition will result in a room recovery fee of US$250 in order to restore the guest room to a smoke free condition. Smoking is permitted in designated areas only. The possession and/or use of illegal drugs is strictly prohibited throughout the Hotel premises.

You will be responsible for all damage to Hotel premises caused by you and/or your accompanying guests. Any disturbances or harassing behaviors attributed to you and/or your accompanying guests may cause your/their immediate removal and/or ban from the Hotel premises.

You acknowledge and agree that the Hotel is not responsible for any goods and/or services (including tours) purchased by you and/or your accompanying guests outside of the Hotel's premises (including the beach area), from any external third parties not affiliated with the Hotel; and hereby release the Hotel from any liability in connection with such purchases.

By signing this document, you hereby acknowledge and agree (on behalf of yourself and any accompanying individuals staying in the same guest room), that all services provided at the Hotel premises are subject to applicable laws and regulations in Jamaica. As a result, any incident, complaint, demand, claim or legal proceeding shall be submitted to the exclusive jurisdiction of the Jamaican courts and subject to Jamaican laws and regulations. You, on behalf of yourself and any accompanying individuals staying in the same guest room, hereby expressly waive any right to challenge jurisdiction or venue in such courts (or applicable law) due to your current or future place of residence or nationality.

## PRIVACY NOTICE

Playa Hall Jamaican Resort Limited, DBA Hyatt Zilara Rose Hall with address Rose Hall Road, Rose Hall, Montego Bay, St James Jamaica is responsible for collecting and processing your personal data. We collect your personal data for the purposes of providing you with our hotel services, as well as to meet mandatory registration requirements. Subject to the applicable laws you have the right to access, rectify, port or delete your data, or to object to our processing your data. Please see our privacy notice for more information on how we process your personal data and your data protection rights: https://www.playaresorts.com/privacy-policy

I consent to the use of my e-mail address and name by Playa Hotels & Resorts N.V., and its affiliates and subsidiaries (Playa) for the purposes of sending direct marketing communications. I understand that I may withdraw my consent at any time by clicking on the unsubscribe link at the end of each communication. I understand that withdrawing my consent does not affect the lawfulness of the processing of my personal data based on my consent before the withdrawal. For more information on how we process your personal data and your data protection rights please consult our privacy notice at https://www.playaresorts.com/privacy-policy

NO

X *[signature]*
Guest Name

X Ina Kaplan
Guest Name

_____
Guest Name

Robert Kaplan
*[signature]*

*[signature]*

_____
Signature

Notwithstanding any method of payment, I hereby agree that I am personally liable for all costs and charges incurred in the event that any such costs and charges are not paid in full and confirm that my responsibility and liability in that regard is not waived or released in any way. Furthermore, I understand that a credit card or cash will be required at check-in for incidental charges.


HYATT ZILARA
HYATT ZIVA
ALL INCLUSIVE RESORTS *Rose Hall*

5. For any guest that has purchased the Hotel's *"Extended-Stay Protection"* program and is required to quarantine as a result of a positive SARS-CoV-2 test, the Hotel will provide quarantine guest room accommodations at no additional cost for up to ten (10) nights (standard room category accommodations only; no incidental or ancillary charges included) in accordance with the terms and conditions of the program. **PLEASE NOTE THAT EVEN A GUEST THAT HAS BEEN FULLY VACCINATED MAY STILL TEST POSITIVE FOR SARS-COV-2.**

6. For any guest that has **not purchased** the Hotel's *"Extended-Stay Protection"* program and is required to quarantine as a result of a positive SARS-CoV-2 test, the Hotel will offer a quarantine per person, per night room rate of *50% off from the public rate* based on double occupancy (rate will vary depending on selected occupancy).

7. During any guest's quarantine period, the following will apply:

    7.1. Guests, including any family members/friends within the same room (regardless of his or her SARS-CoV-2 test results, if any) may not leave the assigned quarantine room at any time or for any reason;
    7.2. Hotel staff is not allowed to enter the quarantine room at any time or for any reason;
    7.3. Food and beverages will be delivered via room service at the front door of the assigned room; no alcoholic beverages will be served (delivered) to a quarantine room and all alcoholic beverages items will be removed from the mini-bar in the room;
    7.4. Clean bedroom linen will be delivered at the front door of the assigned room every 3 days (guests must change the room linen themselves);
    7.5. There will be no room cleaning service during the quarantine period;
    7.6. All service requests must be made by telephone;
    7.7. Guests must wear face masks at all times when receiving any service at the front door of the room;
    7.8. Medical consultation will be performed by the medical service available at the Hotel via telephone or at the quarantine room if needed; and
    7.9. If there is a need to transfer a guest within a quarantine room outside of the Hotel, a transfer team from the Hotel will accompany the guest and any accompanying family members/friends from the quarantine room to the Hotel exit. The Hotel shall make any required notifications to the health authorities as the case may be.

For more information, please contact the Hotel's General Management and/or visit:
https://www.who.int/emergencies/diseases/novel-coronavirus-2019
https://jamcovid19.moh.gov.jm/index.html

Please check the applicable box below and sign confirming that you have read, fully understood, and agree with all of the above.

☐ I wish to purchase the Hotel's *"Extended-Stay Protection"*

☐ I wish to decline to purchase the Hotel's *"Extended-Stay Protection"* and agree to pay the quarantine rate stated above per person, per night if required to quarantine at the Hotel

Robert Kaplan                                   4/16/22
Guest Printed Name                              Place and date

*[signature]*
Guest Signature



## COVID-19 ACKNOWLEDGEMENT

I, *Robert Kaplan*, hereby understand, agree to, and acknowledge the following:

1. For any guests requiring a pre-departure SARS-CoV-2 (the virus that causes COVID-19) viral test for their return flight that wish to take the test at the Hotel, the following will apply:

    1.1. Guests must schedule a testing appointment (PCR or antigen) upon check in to the Hotel to ensure availability within a timeframe that allows the test results to be ready before the guest's scheduled departure but at the same time also meets the entry requirements for the destination (test taken no more than 1 day before travel in the case of the US). **IT IS THE GUEST'S SOLE RESPONSIBILITY TO SCHEDULE THE TESTING APPOINTMENT. PLEASE NOTE THAT TEST RESULTS MAY NOT BE AVAILABLE BY A GUEST'S SCHEDULED DEPARTURE IF THE APPOINTMENT IS NOT BOOKED IN ADVANCE AS SET FORTH IN THIS ACKNOWLEDGEMENT.**
    1.2. Guests must arrive at least 15 minutes prior to the scheduled SARS-CoV-2 testing appointment and bring government issued picture identification (e.g. passport for all non-Jamaican citizens).
    1.3. All SARS-CoV-2 tests performed at the Hotel will be administered by an independent service provider(s) that is not affiliated with the Hotel
    1.4. Any personal information collected in connection with the SARS-CoV-2 testing procedure is collected by the independent service provider(s) administering the test and not by or on behalf of the Hotel. Guests are only required to provide their full name, room number, departure date and requested testing time when scheduling a SARS-CoV-2 testing appointment at the Hotel.

2. Pursuant to applicable health regulations in Jamaica, guests must disclose to the Hotel's General Management if at any time during their stay at the Hotel they experience one or more symptoms which the World Health Organization (WHO) and health authorities in Jamaica have linked with a possible contagion of the SARS-CoV-2 virus, including but not limited to:

    - fever or chills
    - dry cough or sore throat
    - congestion or runny nose
    - shortness of breath or difficulty breathing
    - chest pain or pressure
    - headache
    - abdominal, muscle and/or joint pain or body aches
    - tiredness, fatigue or malaise
    - loss of taste or smell
    - nausea or vomiting
    - diarrhea

    Additionally, guests shall disclose at check-in if they have recently tested positive for the SARS-CoV-2 virus.

3. Guests must abide at all times with all health and hygiene protocols and safety measures mandated by the Hotel, the World Health Organization (WHO) and the applicable health authorities in Jamaica, to prevent the spread and/or transmission of the SARS-CoV-2 virus.

4. If a guest tests positive for SARS-CoV-2, such guest and any accompanying family members or friends staying in the same room will be immediately transferred to a designated quarantine area within the Hotel and will be required to quarantine inside the assigned guest room. If guests refuse to be transferred to the quarantine room, the Hotel is required by law to notify the applicable health authorities.



# IMPORTANT NOTICE - MUST READ

## CREDIT CARD AUTHORIZATION - $300 HOLD ON ACCOUNT

The Hotel requires a security deposit for incidental charges, in the form of a valid credit card presented at check – in. A pre-authorization in the amount of US$300 is applied to the card and released 15 days after check – out, if unused throughout the stay. This is not a charge, but a hold to secure the amount.

## SPEAKERS/PERSONAL MUSIC

In an effort to maintain a tranquil environment and respect the individual preferences of each guest, the use of personal speakers/music is not permitted.

## VISITORS

For the safety of our valued guests, any visitors or drivers accessing the property, will be required to leave an ID at the gate. Any damage to individuals/property or costs associated with this visitor/driver will be the responsibility of the guest.

## SMOKING

Smoking is not permitted in guest rooms/balconies. Failure to comply with this prohibition will result in a significant room recovery fee of US$250.00 in order to restore the area to a smoke free condition. Smoking is permitted in designated areas only, as indicated on the resort map. The possession and/or use of illegal drugs is strictly prohibited throughout the hotel premises.

## IMPORTANT ADVICE

Sunbeds cannot be blocked or reserved. Please do not leave any personal belongings on any of them. Cabanas can be reserve only by our concierge staff. All unattended items will be removed.

Guest name _Robert Kaplan_ Signature _Robert Kaplan_

Guest name _Ina Kaplan_ Signature _Ina Kaplan_

Guest name _____ Signature _____

Guest name _____ Signature _____

B

**MBJF - Reservations - Confirmation No. 877308**

| Field | Value | | Field | Value | | Field | Value |
|---|---|---|---|---|---|---|---|
| Name | Kaplan | | Member Type | LP  Lvl. | | P Agent | Delta Vacations |
| First Name | Robert | Title | Member No. | 545885868F | | Company | DELTA VACATIO |
| Address | 29 Coventry Rd | Lang E | VIP | | | Group | |
| City | Syosset | State NY | Email | njkberjan@aol.c | | Source | |
| Postal Code | 11791 | Country US | Last Room | 3206  tal stays 1 | Last Stay | 23.04.22 |

More Fi...

| Field | Value | | Field | Value | | Field | Value |
|---|---|---|---|---|---|---|---|
| Arrival | 16.04.22 Saturday | | Market | XX Unknown | | Guest Balance | 0.00 |
| Nights | 7 | | Dist Channel | 07A MLT Vacati | | Promotions | |
| Departure | 23.04.22 Saturday | | Source | X Unknown | | Bonus | |
| Adults | 2 Child 0 | | Res. Type | CHE Checked Ir | | No Post ☐ Print Rate ☐ |
| No. of Rms. | 1 DNM ☐ | | Payment | AX | | Turndown ☑ |
| Rm. Type | 2VJK 2VJK RTC. | | Credit Card No. | XXXXXXXXXXXX100 | | | |
| Room | 3206 Block | | Exp. Date | XX/XX CC Swiped ☑ | | Hskp Instr | |
| Rate Code | PARAM ☑ Fixed Rate | | Approval Code | 548835 | | | |
| Rate | 530.40 | | Approval Amt. | 1,458.00 | | Arrival Time | 12:49 |
| Disc. Amt. | % | | Specials | BDAY NOLP | | C/O Time | 04:52 |
| Reason | | | Comments | 1 DB/MLT01/DB RM | | RESERVE | 2694420401 |
| Packages | | | | | | Booking # | 00002850387F |

Created By "SPIRIT" On 27.07.21 09:51  Updated By 6174877 On 23.04.22 04:52

Save | OK
Options | Close