**EXHIBIT "B"**

# Voluntary Guest Statement

**HYATT ZILARA / HYATT ZIVA** — ALL INCLUSIVE RESORTS

| Field | Value |
|---|---|
| Name of Guest | Ina Kaplan |
| Email Address | |
| Address of Guest | 29 Coventry Rd Syosset N.Y. 11791 USA |
| Home Telephone # | (516) 681-0769 |
| Cell # | (516) 790-5173 |
| Room # | 3206 |
| Date of Accident | 4/19/22 |
| Time of Accident | 3:50 PM |
| Check in date | 4/16/22 |
| Check out date | 4/23/22 |
| Location of Accident | Hall 2nd Floor Bldg #3 (3217/18) |
| Nationality | USA |
| D.O.B. | 3/3/46 |

I declare that the following voluntary statement is made freely without promise of reward or threat of any kind.

**What were you doing prior to the accident?**
Walking to my room

**What were you doing when the accident occurred?**
Walking to my room. hallway by Rooms 3217 + 3218 (3217 + 3218)

**Kindly describe how the accident occurred?**
We were walking to our room when my wife slipped on water that was on the floor. She fell backwards landing on her left side hitting her left elbow and left knee. She is in pain. No bleeding. Also her left hip is hurting her. Wet floor.

Please circle the area on the body that was injured — L/R

**What did you do after the accident occurred?** Report to Loss Prevention

**Was there any witness? If yes kindly state the name(s) and contact details:** Daniel Boreland

The above statement consist of _____ page(s) was read over to/by me and certify that the facts are true to the best of my knowledge, information and belief.

Signature of Guest: [signature]   Date: 4/19/22   Time: 4:13 PM

The above is a statement of Ian Kaplan and was taken by me Aletha Markes on the 19 day of April 20 22

It was read to/by the maker who affixed his/her signature in my presence / refused to sign.

Signature: AMarkes   Date: 4/19/22   Time: 4:15 pm