**EXHIBIT "C"**

**From:** lisa@number1powertravel.com,
**To:** rjkbarjan@aol.com,
**Subject:** Voucher and CC Details
**Date:** Thu, Mar 17, 2022 2:56 pm
**Attachments:** Kaplan_CF16582975_.pdf (140K), David_Kaplan_Family_CF16583030.pdf (140K),
Micheal_Kaplan_Family_CF16582998.pdf (141K), Matthew Sher Family CF16583007.pdf (140K)

Hi Robert,
Please see attached. I hope this helps. Tracy and I checked it together and the amounts paid today were correct. I'm sorry if when we spoke on Monday I quoted the final payment incorrectly. Let me know if you have any questions.

Thanks,
Lisa

*Am Ex Pd on 3/17/22 balance $19,225.04*

*Hyatt Point?*
*5458858 68F*

Before making your deposit please click _____ to read our Terms and Conditions. Power Travel's receipt of your payment acknowledges your acceptance of these terms.

Lisa Enden
Vice President
# 1 Power Travel
Member of *Virtuoso*
(516) 822-9222 ext. 216



**From:** lisa@powertravel.net,
**To:** inagayekaplan@gmail.com, rjkbarjan@aol.com,
**Subject:** Hyatt Ziva Montego Bay
**Date:** Tue, Jul 27, 2021 4:38 pm
**Attachments:** David Kaplan 16583030.pdf (4K), Matthew Sher 16583007.pdf (4K), Michael Kaplan16582998.pdf (4K), Kalpan Robert 16582975.pdf (4K),

Hi Ina and Robert,
We priced the Ziva in Montego Bay Jamaica. All of the confirmations are **attached.** A few things to note:

--Zachary is added for the full stay but I know that will change once you know.
-Two of the rooms have Delta frequent flyer numbers attached. If the other 2 rooms get FF #'s, I can reduce the cost by approx. $300 per room
-This whole booking will be cancel tomorrow and I'll have to start again because the air is published and they don't let us hold it past 24 hrs.

If you can tell your kids about this option and see if you all like it, I can make the change. The new total would be $36,259.80 which is only 5K more than the initial booking. Also keep in mind that some of the kids are older now than when we priced this 2 years ago and you are paying more now. I believe someone will be 17 which is now an adult price. All of this is part of the reason for the higher pricing.

Let me know what you think of this option.

Here is the link to the hotel and a pic of the beach:
https://www.hyatt.com/en-US/hotel/jamaica/hyatt-ziva-rose-hall/mbjif?src=corp_lclb_gmb_seo_mbjif



*(handwritten notes:)*
Lisa (877) 407-4566
EsTate — Group Purchase
Am Ex Group Purchase

Flight Insurance (844) 938-0648
AIG. (800) 228-6855 Gus
extra Insurance loss of 25,000 — Premium 1,248.00
website: AmericanExpress.com/TravelInsu
Am Ex Points as of 5/31/21 728,301
up to 3 weeks before departure

**From:** Lisa Mazzillo <lisa@powertravel.net>
**To:** Rjkbarjan <rjkbarjan@aol.com>
**Subject:** Family vacation
**Date:** Fri, Aug 2, 2019 3:13 pm

By the way, they would not let me hold this past Sunday and obviously that is too short for you all to decide so when you are ready, I will have to price it all over again because the air can always change. Forgot to mention that. THX!

Lisa (Mazzillo) Enden
Vice President
**Power Travel**
Member of *Virtuoso*
**(516) 822-9222 ext. 216**







View my Virtuoso Profile

**From:** Lisa Mazzillo <lisa@powertravel.net>
**To:** Rjkbarjan <rjkbarjan@aol.com>; Ina Kaplan <inagayekaplan@gmail.com>
**Subject:** Hyatt Ziva Cancun
**Date:** Fri, Aug 2, 2019 3:03 pm

Hi Ina and Bobby,
Here is the updated pricing with Zachary coming for the first 3 nights. The price includes his air from JFK and back to JFK so if that needs to be changed, we'll make the adjustment. If you prefer to book his air separately, I'll remove it from my quote. Let me know what you think and what questions you may have.

Have a great weekend!


11APR-18APR2020


Hyatt Ziva Cancun

Prices are total per room, including air, hotel, transfers and taxes.


Robert and Ina – Ocean Front King **$5639.27**

Michael, Lauren, Hudson, Owen – Ocean Front 2 Doubles **$8372.74**

David, Daniella, Jonathan and Zack for 3 nights – Ocean Front 2 Doubles **$8444.79**

Matthew, Stacie, Ruby, Benjamin – Ocean Front 2 Doubles **$9801.50**


Flights for everyone *except* Zack

Delta 11APR JFK to Cancun      900A 1220P

Delta 18APR Cancun to JFK      345P 848P


Flights for Zack

Delta 11APR JFK to Cancun      900A 1220P

Delta 14APR Cancun to JFK      345P 848P


**Grand Total $32,258.30**

**Insurance is NOT included but highly recommended.**

---

Lisa (Mazzillo) Enden
Vice President
**Power Travel**
Member of *Virtuoso*
**(516) 822-9222 ext. 216**







<u>View my Virtuoso Profile</u>

**From:** lisa@number1powertravel.com,
**To:** rjkbarjan@aol.com,
**Subject:** Your Client's Travelex Confirmation (Michael Kaplan)
**Date:** Wed, Mar 16, 2022 5:15 pm
**Attachments:** TBB235623_637830285941487451.pdf (147K)

Hi Robert,
I just sent you all the insurance confirmations (you might have already received them). Tomorrow I will make the final payment for the land package. Let me know if you have any questions.

Have a good night,
Lisa



Dear #1 Power Travel,

Thank you for helping your client choose quality travel protection from Travelex Insurance Services. We appreciate the trust you have placed in us. All of the important information regarding your client's travel protection is contained within this email.

## Confirmation of Coverage (COC)
The COC contains some policy information including your confirmation number, policy effective date, benefit levels and pertinent contact information.
*Please open the attachment within this email to view your client's COC.*

## Policy
The Policy contains the full coverage terms and details, including limitations and exclusions of the Individual Travel Protection Insurance Policy purchased.
*Please click here to view the Policy based on your client's state of residence.*
*Please click here to view a special notice for NY residents regarding coverage related to COVID-19. If you have difficulty accessing this link, please contact Travelex at customersolutions@travelexinsurance.com*

## Download our Travel On App
Prepare for your trip now and download the Travelex Travel On App, available on the App Store and Googl Play. Upon app download enter your Policy/Confirmation Number and App Access Code (provided in the attached Confirmation of Coverage document). Travel on with confidence knowing you have 24/7 access to

- Travel advice, risk rating and security alerts for your destination
- Real time safety notifications based on your location while traveling
- Click-to-call emergency assistance from anywhere in the world

## Plan Changes
If your client needs to make a change or correction to this policy, please use our online policy edit form on our website under Request a Plan Change.
*Please click here to request a change.*

Please forward this email in its entirety and/or provide all of this information to your client as well encour

your client to take their Confirmation of Coverage and Policy with them on their trip. This email along with the COC should be presented to your client's destination country for entry requirements. If you have questions, you may contact our Customer Service Department at 1-800-504-7883. Reference your client's confirmation number located on the Confirmation of Coverage.

## Need to File a Claim

In the unfortunate situation your client needs to file a claim, click on Claims or call 855.205.6054.
*Please click here to file a claim.*

We hope your client has a wonderful travel experience. We look forward to continuing to serve you and all your client's future trip insurance needs.

*This is an automated message, please do not reply to this e-mail.*

The above documents will be displayed in a PDF format. You will need the Adobe Acrobat Reader to view and print these documents. To download Adobe Acrobat Reader, please go to www.adobe.com. Just look for the "Get Adobe Reader" button.

## Travelex Insurance Services Inc. Email Disclaimer:

1) All terms, conditions, exclusions and provisions of the policy discussed, reviewed, quoted, or purchased apply. All benefits associated with the policy will be determined by the claims administrator at the time a claim is filed based on the information and documentation submitted.

2) All information collected by Travelex Insurance Services is subject to its privacy policy located at www.travelexinsurance.com/privacy-policy

3) Information in this email including any attachment ('email') is confidential, may be privileged and is intended solely for the addressee. Unauthorized recipients are requested to preserve the confidentiality of this email, advise the sender immediately of any error in transmission, and then delete the email from the recipient's mailbox without making copies. Any disclosure, copying, distribution or action taken, or omitted to be taken, in reliance upon the contents of this email by unauthorized recipients is prohibited and may be unlawful. Please note that no contracts or commitments may be concluded on behalf of Travelex Insurance Services, Inc or its groups of companies by means of email, and no statement or representation made in this email is binding on behalf of Travelex Insurance Services Inc.

DISCLAIMER: Whilst this message has been scanned for viruses, Travelex Insurance Services Inc. disclaims any responsibility or liability for viruses contained therein. It is therefore recommended that all emails should be scanned for viruses.

--

Before making your deposit please click HERE to read our Terms and Conditions. Power Travel's receipt of your payment acknowledges your acceptance of these terms.

Lisa Enden
Vice President
# 1 Power Travel

**Member of** *Virtuoso*
**(516) 822-9222 ext. 216**





# Travel Documents

**ATTN: LRMAD**
#1 Power Travel Llc
4a Manetto Hill Rd
Plainview, NY 11803

Booking #: 16583030
Type: Revised (01)
Issued: 03/29/2022

Agency: #1 POWER TRAVEL LLC
516-822-9222
LRMAD

## TRAVELER INFORMATION

| Psgr # | Passenger Name | Frequent Flyer # |
|---|---|---|
| 1 | Mr David Scott Kaplan | |
| 2 | Miss Danielle Sheer Kaplan (age 10) | |
| 3 | Mstr Jonathan Scott Kaplan (age 12) | |
| 4 | Mr Zachary Dov Sher | |

## BONUS MILES THROUGH THE SKYMILES® PROGRAM

**Bonus Miles**
Thank you for choosing Delta Vacations. To ensure you receive your bonus miles, your SkyMiles account number must be applied to your reservation with Delta Vacations before you depart. (Bonus miles will not be credited to your account if your SkyMiles number is provided directly to the airline.)
Your bonus miles will be automatically credited to your account approximately 6-8 weeks after you return from your trip. If your account number has not yet been applied, contact your travel advisor or Delta Vacations.
Not a SkyMiles Member? Join today. You can enroll at: www.joinskymiles.com

## IMPORTANT INFORMATION

**Change or cancellation**
Please contact us or your booking agent to make any pre-departure changes or to cancel your reservation.

**Please Note**
We are not responsible for expenses incurred that were not booked as part of your package. All services are valid for use only on the date indicated. Individuals of groups attending conventions may not use these rates. If a trip is for one of these reasons, some hotels may directly assess an additional surcharge during the conventions or special event time periods.

**Documentation Notification**
**Traveling outside the United States?** International travel requires presentation of passports, no matter the age of the traveler, and may require presentation of visas or other credentials. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian. All entry requirements can be found at: www.deltavacations.com/booking/entryrequirements.do Laws and regulations regarding entry requirements often change, so be sure to check the entry requirements each time before you travel to an international destination.

**Traveling with Children**
FAA regulations require that a separate seat be purchased for a child who is two years of age or older. With proof of age, a child one year of age and under may legally be held on the lap of a passenger who is 15 years of age or older. Only one lap child one year of age and under is allowed per adult. Taxes and fees apply. For domestic travel, a birth certificate is an acceptable proof of age. For international travel, all passengers are required to present a passport. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian.

**Special Needs**
We would like your travels to be as comfortable as possible. If you have any special needs (wheelchair, medical, etc.) please have your booking agent contact us in advance.

---

**Booking #: 16583030**                              -- page 1 --



**DELTA VACATIONS**

**Travel Documents**

**Passengers:** (1) Mr David Scott Kaplan , (2) Miss Danielle Sheer Kaplan (age 10) , (3) Mstr Jonathan Scott Kaplan (age 12) , (4) Mr Zachary Dov Sher

| Check In | Check Out | # of Nights | Hotel | Room Type | Psgr # |
|----------|-----------|-------------|-------|-----------|--------|
| 16Apr22 | 23Apr22 | 7 | Hyatt Ziva Rose Hall - AI<br>Rose Hall<br>Montego Bay,<br>876-953-2800<br>Confirmation #: 1306281 | Ocean View Double | ALL |

Hotel check-in time is 3:00PM, check-out time is 12:00 Noon. Present this document as your confirmation to the hotel front desk upon check in. Your package price includes nightly room rate, all meals, beverages, entertainment and activities, tax service charges. Hotel may require a credit card or cash deposit to cover incidental charges during your stay. Minimum check-in age is 18.

Additional Information:
Exclusive All Inclusive Plus
In addition to the standard all inclusive amenities, you will receive these EXCLUSIVE ALL INCLUSIVE PLUS AMENITIES only when you purchase a vacation package at this hotel through us.
* Express check in and check out * Special welcome letter and fruit plate or amenity * Upgraded in-room amenities soaps and lotions; beach towel; robe and slippers, in room throughout your stay * Mini-bar restocked daily (water, soda, beer, and light snacks) * Priority a la carte dining (no restrictions) * Dedicated concierge available for resort assistance and dinner reservations (where applicable)
Inclusions are subject to change without notice.
In-Hotel COVID Testing Available
COVID-19 testing is available at this hotel, on property, for all passengers ages 2 and up departing to the U.S. This information is accurate at time of purchase and is subject to change.
Trafic Bundled Transfers
TRANSPORTATION INCLUSIONS: Roundtrip, shared-ride transportation between the Montego Bay Sangster International Airport (MBJ) and your hotel is included in your package.

If you have purchased an upgraded vehicle transfer, please refer to the TRANSFER INFORMATION area of your travel documents. Transfers are provided between the Montego Bay Sangster International Airport (MBJ), and your hotel. Transfers are not available between hotels.

**ARRIVAL INFORMATION:**
1. After arriving in Jamaica, Montego Bay Sangster International Airport (MBJ), once you clear Immigration and Customs, proceed to the Arrivals and Transportation area located INSIDE the terminal.
2. Look for our Destination Experts wearing LIGHT BLUE SHIRTS and displaying Delta Vacations signage. If you do not locate a Destination Expert inside the terminal, please proceed to the Trafictours and Delta Vacations area located at Desk #11. Our official Destination Expert, Trafictours, will direct you to your hotel transportation vehicle.

**DEPARTURE INFORMATION:**
1. Our Destination Expert team will provide you with the pick-up time for your transfer to the Montego Bay Sangster International Airport (MBJ).
2. Please be checked out of the hotel and be ready to depart for the Montego Bay Sangster International Airport (MBJ), 10 minutes prior to your scheduled pick-up time.
3. Your transportation is scheduled based on flight departure times and is regulated by the airport authorities in compliance with mandated security requirements. Your transportation pick-up time for day of departure is scheduled in advance and may not be altered.

**DESTINATION EXPERT CONTACT INFORMATION:** If you require service or assistance of any kind while in Jamaica, please contact our official Destination Expert, TRAFICTOURS at 876-630-1564 or 876-630-1572.

To complete your destination experience, we encourage you to coordinate all local sightseeing tours and activities through our official Destination Experts. They can offer you a selection of the most popular activities in Jamaica, working with quality and reputable tour providers to ensure your satisfaction. Use caution when purchasing tours from any other source.
If staying in Montego Bay, try the Dunn's River Falls and the Bob Marley Nine Mile Tour.

If staying in Ocho Rios or on the North Coast, try the Swim with Dolphins Royal Swim Ocho Rios or Dunn's River Falls

If staying in Negril or on the South Coast, try the Black River Safari Y.S Falls and the Swim with Dolphins Royal Swim Negril.

Tour Credit
Receive a $25.00 USD credit per room, per stay toward the purchase of an excursion through TRAFICTOURS. Upon arrival at your hotel visit your TRAFICTOURS Destination Expert and present this document to utilize your $25.00 USD excursion credit. Credit is only valid when tour is booked with the Destination Expert within 24-hours of arrival. Restrictions apply to select tours, a minimum amount of $75 will required to receive the $25 discount is not combinable with other promotions. Valid per room, has no actual cash value and is subject to change without notice. This is not available at Sandals or Beaches hotels.
Important COVID-19 Information
* Please check with the destination and hotel for current information about entry, destination, and departure requirements. Check back prior to travel as information may change.
* Please note that hotel restaurants, pools, fitness centers and other amenities such as daily housekeeping or spa services may be limited or temporarily not available. In many destinations, transportation services such as taxi or airport/hotel transfers may experience longer than usual wait times or delays due to heightened traffic congestion or limited vehicle and driver availability.

| Protection Plan | Psgr # |
|-----------------|--------|
| Travel Protection Plan has been declined | ALL |

We want your trip to be thoroughly enjoyable. If you need assistance before your vacation begins, please contact your booking agent.

While enroute to your destination, please contact your booking agent, or if your booking agent is not available, please contact our 24-hour Destination Help Center at 1-800-487-0740 or call direct 1-701-420-6300 for assistance. Costa Rica, and Cuba.

To confirm your flight times, contact the airline directly.

For assistance while you are in Jamaica, or if you would like information regarding reputable sightseeing tours, contact our official Destination Expert, TRAFICTOURS at 876-630-1564 or 876-630-1572.



VACATIONS

## The Following Must Be Read By All Parties Listed on This Itinerary Prior to Departure

**Transportation of Hazardous Materials**

1) Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. (2) There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information contact your airline representative or visit delta.com Restricted Items section.

**Notice of Incorporated Terms**

Air transportation on Delta and Delta Connection carriers is subject to Delta's conditions of carriage. Air transportation is subject to the individual contract terms (including rules, regulations, tariffs and conditions) of transporting air carriers, which are incorporated by reference into every ticket for travel and made part of the Contract of Carriage. Incorporated terms may include, but are not restricted to: (1) Limits on liability for personal injury or death. (2) Limits on liability for baggage, including fragile or perishable goods and availability of excess valuation coverage. (3) Claims restrictions, including time periods in which passengers must file a claim or bring action against the carrier. (4) Rights of the air carrier to change terms of the contract. (5) Rules on reconfirmation of reservations, check-in times, refusal to carry, and smoking. (6) Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (7) Fare rules, including without limitation penalties for changing itinerary or cancellation of your journey on some restricted fares. (8) Overbooking. (9) Delta reserves the right to refuse carriage to any person who is not able to produce positive identification. (10) You can obtain additional information on items above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's rules at its airport and city ticket offices. You also have the right, upon request, to receive free of charge the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each carrier's terms is available at any U.S. location where the air carrier's tickets are sold.

**Conditions of Contract**

1. As used in this contract, "ticket" means this passenger ticket and baggage check, of which these conditions and the notices form part, "carriage" is equivalent to "transportation", "carrier" means all air carriers that carry or undertake to carry the passenger or his or her baggage hereunder or perform any other service incidental to such air carriage. "Warsaw Convention" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.
2. Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "International Carriage" as defined by that Convention.
3. To the extent not to conflict with the foregoing, carriage and other services performed by each carrier are subject to: (i) provisions contained in this ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made part hereof (and are available on application at the offices of the carrier), except in transportation between a place in the United States or Canada and any place outside thereof to which tariffs in force in those countries apply.
4. Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of the carrier's name in the ticket; the agreed stopping places set forth on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.
5. An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its agent.
6. Any exclusion or limitation of liability of a carrier shall apply to and be for the benefit of agents, servants, and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants and representatives.
7. Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving in international transportation, complaint must be made in writing to carrier immediately after discovery of damage and, at the latest, 7 days from receipt; in case of delay, complaint must be made within 21 days from date baggage was delivered. See tariffs or conditions of carriage regarding non-international transportation.
8. This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation if the applicable fare has not been paid.
9. Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetable or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.
10. Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.
11. No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

**Advice to International Passengers on Limitation of Liability**

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage. The names of carriers party to such special contracts are available at all ticket offices of such carriers and may be examined upon request.

**Notice of Baggage Liability Limitation**

(1) For most international travel (including domestic portions of international journeys): Liability for loss, delay, or damage to baggage is limited to approximately $9.07 per pound ($20.00 per kilo) for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of valuable articles. Carriers assume no liability for fragile or perishable articles. Further information may be obtained from the carrier. Liability is for a maximum of 70 lbs. ($640.00) per checked bag. The limit may be lowered for additional pieces to certain destinations or when using connecting carriers. Damaged baggage must be reported within seven days. Note: Rules governing limitations on Delta's liability for lost, damaged, or delayed baggage, and your responsibilities for timely notification in the event of lost, damaged, or delayed baggage vary depending upon the nature of your travel. Contact a Delta agent for details: (2) For domestic travel (Travel wholly within the 50 United States, Puerto Rico, and the U.S. Virgin Islands): Liability is limited to $3,300 per ticketed passenger unless a higher value (for checked baggage) is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of articles. No liability for electronic equipment, photographic equipment, jewelry, cash, computer equipment, or other similar valuable items. Damaged baggage must be reported within 24 hours.



**Travel Documents**

---

**ATTN: LRMAD**
**#1 Power Travel Llc**
**4a Manetto Hill Rd**
**Plainview, NY 11803**

Booking #: 16582998          Agency: #1 POWER TRAVEL LLC
Type: Revised (01)          516-822-9222
Issued: 03/29/2022          LRMAD

### TRAVELER INFORMATION

| Psgr # | Passenger Name | Frequent Flyer # |
|--------|----------------|------------------|
| 1 | Mr Michael Justin Kaplan | |
| 2 | Mrs Lauren Kaplan | |
| 3 | Mstr Hudson Kaplan (age 3) | |
| 4 | Mstr Owen Kaplan (age 7) | |

### BONUS MILES THROUGH THE SKYMILES® PROGRAM

**Bonus Miles**
    Thank you for choosing Delta miles. To ensure you receive your bonus miles, your SkyMiles account number must be applied to your reservation with Delta Vacations before you depart. (Bonus miles will not be credited to your account if your SkyMiles number is provided directly to the airline.)
    Your bonus miles will be automatically credited to your account approximately 6-8 weeks after you return from your trip. If your account number has not yet been applied, contact your travel advisor or Delta Vacations.
    Not a SkyMiles Member? Join today. You can enroll at: www.joinskymiles.com

### IMPORTANT INFORMATION

**Change or cancellation**
    Please contact us or your booking agent to make any pre-departure changes or to cancel your reservation.

**Please Note**
    We are not responsible for expenses incurred that were not booked as part of your package. All services are valid for use only on the date indicated. Individuals of groups attending conventions may not use these rates. If a trip is for one of these reasons, some hotels may directly assess an additional surcharge during the conventions or special event time periods.

**Documentation Notification**
    Traveling outside the United States? International travel requires presentation of passports, no matter the age of the traveler, and may require presentation of visas or other credentials. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian. All entry requirements can be found at: www.deltavacations.com/booking/entryrequirements.do Laws and regulations regarding entry requirements often change, so be sure to check the entry requirements each time before you travel to an international destination.

**Traveling with Children**
    FAA regulations require that a separate seat be purchased for a child who is two years of age or older. With proof of age, a child one year of age and under may legally be held on the lap of a passenger who is 15 years of age or older. Only one lap child one year of age and under is allowed per adult. Taxes and fees apply. For domestic travel, a birth certificate is an acceptable proof of age. For international travel, all passengers are required to present a passport. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian.

**Special Needs**
    We would like your travels to be as comfortable as possible. If you have any special needs (wheelchair, medical, etc.) please have your booking agent contact us in advance.

---



# ▲ DELTA
## VACATIONS

**Travel Documents**

**Passengers:** (1) Mr Michael Justin Kaplan , (2) Mrs Lauren Kaplan , (3) Mstr Hudson Kaplan (age 3) , (4) Mstr Owen Kaplan (age 7)

HOTEL INFORMATION

| Check In | Check Out | # of Nights | Hotel | Room Type | Psgr # |
|---|---|---|---|---|---|
| 16Apr22 | 23Apr22 | 7 | Hyatt Ziva Rose Hall - AI<br>Rose Hall<br>Montego Bay,<br>876-953-2800<br>Confirmation #: 10700262 | Ocean View Double | ALL |

Hotel check-in time is 3:00PM, check-out time is 12:00 Noon. Present this document as your confirmation to the hotel front desk upon check in. Your package price includes nightly room rate, all meals, beverages, entertainment and activities, tax service charges. Hotel may require a credit card or cash deposit to cover incidental charges during your stay. Minimum check-in age is 18.

Additional Information:

Exclusive All Inclusive Plus
In addition to the standard all inclusive amenities, you will receive these EXCLUSIVE ALL INCLUSIVE PLUS AMENITIES only when you purchase a vacation package at this hotel through us.
* Express check in and check out * Special welcome letter and fruit plate or amenity * Upgraded in-room amenities soaps and lotions; beach towel; robe and slippers, in room throughout your stay * Mini-bar restocked daily (water, soda, beer, and light snacks) * Priority a la carte dining (no restrictions) * Dedicated concierge available for resort assistance and dinner reservations (where applicable)
Inclusions are subject to change without notice.

In-Hotel COVID Testing Available
COVID-19 testing is available at this hotel, on property, for all passengers ages 2 and up departing to the U.S. This information is accurate at time of purchase and is subject to change.

Traffic Bundled Transfers
**TRANSPORTATION INCLUSIONS:** Roundtrip, shared-ride transportation between the Montego Bay Sangster International Airport (MBJ) and your hotel is included in your package.

If you have purchased an upgraded vehicle transfer, please refer to the TRANSFER INFORMATION area of your travel documents. Transfers are provided between the Montego Bay Sangster International Airport (MBJ), and your hotel. Transfers are not available between hotels.

**ARRIVAL INFORMATION:**
1. After arriving in Jamaica, Montego Bay Sangster International Airport (MBJ), once you clear Immigration and Customs, proceed to the Arrivals and Transportation area located INSIDE the terminal.
2. Look for our Destination Experts wearing LIGHT BLUE SHIRTS and displaying Delta Vacations signage. If you do not locate a Destination Expert inside the terminal, please proceed to the Trafictours and Delta Vacations area located at Desk #11. Our official Destination Expert, Trafictours, will direct you to your hotel transportation vehicle.

**DEPARTURE INFORMATION:**
1. Our Destination Expert team will provide you with the pick-up time for your transfer to the Montego Bay Sangster International Airport (MBJ).
2. Please be checked out of the hotel and be ready to depart for the Montego Bay Sangster International Airport (MBJ), 10 minutes prior to your scheduled pick-up time.
3. Your transportation is scheduled based on flight departure times and is regulated by the airport authorities in compliance with mandated security requirements. Your transportation pick-up time for day of departure is scheduled in advance and may not be altered.

**DESTINATION EXPERT CONTACT INFORMATION:** If you require service or assistance of any kind while in Jamaica, please contact our official Destination Expert, TRAFICTOURS at 876-630-1564 or 876-630-1572.

To complete your destination experience, we encourage you to coordinate all local sightseeing tours and activities through our official Destination Experts. They can offer you a selection of the most popular activities in Jamaica, working with quality and reputable tour providers to ensure your satisfaction. Use caution when purchasing tours from any other source.
If staying in Montego Bay, try the Dunn's River Falls and the Bob Marley Nine Mile Tour.

If staying in Ocho Rios or on the North Coast, try the Swim with Dolphins Royal Swim Ocho Rios or Dunn's River Falls

If staying in Negril or on the South Coast, try the Black River Safari Y.S Falls and the Swim with Dolphins Royal Swim Negril.

Tour Credit
Receive a $25.00 USD credit per room, per stay toward the purchase of an excursion through TRAFICTOURS. Upon arrival at your hotel visit your TRAFICTOURS Destination Expert and present this document to utilize your $25.00 USD excursion credit. Credit is only valid when tour is booked with the Destination Expert within 24-hours of arrival. Restrictions apply to select tours, a minimum amount of $75 will required to receive the $25 discount is not combinable with other promotions. Valid per room, has no cash value and is subject to change without notice. This is not available at Sandals or Beaches hotels.

Important COVID-19 Information
* Please check with the destination and hotel for current information about entry, destination, and departure requirements. Check back prior to travel as information may change.
* Please note that hotel restaurants, pools, fitness centers and other amenities such as daily housekeeping or spa services may be limited or temporarily not available. In many destinations, transportation services such as taxi or airport/hotel transfers may experience longer than usual wait times or delays due to heightened traffic congestion or limited vehicle and driver availability.

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

TRAVEL PROTECTION

**Protection Plan**                                                                                                                   Psgr #
Travel Protection Plan has been declined                                                                                    ALL

CONTACT INFORMATION

We want your trip to be thoroughly enjoyable. If you need assistance before your vacation begins, please contact your booking agent.

While enroute to your destination, please contact your booking agent, or if your booking agent is not available, please contact our 24-hour Destination Help Center at 1-800-487-0740 or call direct 1-701-420-6300 for assistance. Costa Rica, and Cuba).

To confirm your flight times, contact the airline directly.

For assistance while you are in Jamaica, or if you would like information regarding reputable sightseeing tours, contact our official Destination Expert, TRAFICTOURS at 876-630-1564 or 876-630-1572.


# The Following Must Be Read By All Parties Listed on This Itinerary Prior to Departure

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. (2) There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information contact your airline representative or visit delta.com Restricted Items section.

## Notice of Incorporation Terms

Air transportation on Delta and Delta Connection carriers is subject to Delta's conditions of carriage. Air transportation is subject to the individual contract terms (including rules, regulations, tariffs and conditions) of transporting air carriers, which are incorporated by reference into this ticket for travel and made part of the Contract of Carriage. Incorporated terms may include, but are not restricted to: (1) Limits on liability for personal injury or death. (2) Limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges. (3) Claims restrictions, including time periods in which passengers must file a claim or bring action against the carrier. (4) Rules on reconfirmation of reservations, check-in times, refusal to carry, and including. (5) Rights of the air carrier to perform restricted service and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Rights of the air carrier to refuse carriage. (7) Fare rules, including additional rules for charging penalties for changing itinerary or cancellation of your journey on some restricted fares. (8) Overbooking. If we are unable to carry you due to an oversale, with few exceptions, we compensate you. (9) Delta reserves the right to change the fare in effect when you board, upon request, to receive free of charge the full text of the applicable terms incorporated by reference from each of the participating air carriers. Information on ordering the full text of each carrier's terms is available at any U.S. location where the air carrier's tickets are sold.

## Conditions of Contract

1. As used in this contract, "ticket" means this passenger ticket and baggage check, of which these conditions and the notices form part, "carriage" is equivalent to "transportation," "carrier" means all carriers that carry or undertake to carry the passenger or his or her baggage hereunder or perform any other service incidental to such air carriage. "Warsaw Convention" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.

2. Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "international carriage" as defined by that Convention.

3. To the extent not in conflict with the foregoing, carriage and other services performed by each carrier are subject to: (i) provisions contained in this ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made part hereof (and are available on application at the offices of the carrier), except in transportation between a place in the United States or Canada and any place outside thereof which applicable tariffs in force in those countries apply.

4. Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of the carrier's name in the ticket; the agreed stopping places are those set forth on the ticket or as shown in carrier's timetables as scheduled stopping places on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.

5. An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its agent.

6. Any exclusion or limitation of liability of a carrier shall apply to and be for the benefit of agents, servants, and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants and representatives.

7. Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving in international transportation, complaint must be made in writing to carrier immediately after discovery of damage and, at the latest, within 7 days from receipt; in case of delay, complaint must be made within 21 days from date baggage was delivered. See tariffs or conditions of carriage regarding non-international transportation.

8. This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation if the applicable fare has not been paid.

9. Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetable or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.

10. Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.

11. No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

## Advice to International Passengers on Limitation of Liability

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including the amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage. The names of carriers party to such special contracts are available at all ticket offices of such carriers and may be examined upon request.

## Notice of Baggage Liability Limitation

(1) For most international travel (including domestic portions of international journeys): Liability for loss, delay, or damage to baggage is limited to approximately $9.07 per pound ($20.00 per kilo) for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of valuable articles. Carriers assume no liability for fragile or perishable articles. Further information may be obtained from the carrier. Liability for U.S. travel wholly within the 50 United States, Puerto Rico, and the U.S. Virgin Islands, liability is limited to $3,300 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. (2) For domestic travel (Travel wholly within the 50 United States) carriers' responsibilities for timely notification in the event of lost, damaged, or delayed baggage may vary depending upon the nature of your travel. Contact a Delta agent for more information. Damaged baggage must be reported within seven-days. Note: Rules governing limitations on Delta's liability for lost, damaged, (2) For checked baggage) is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of articles. No liability for electronic equipment, photographic equipment, jewelry, cash, computer equipment, or other similar valuable items. Damaged baggage must be reported within 24 hours.



# DELTA VACATIONS

**Travel Documents**

---

| | |
|---|---|
| **ATTN: LRMAD** | **Booking #:** 1653007    **Agency:** #1 POWER TRAVEL LLC |
| #1 Power Travel Llc | 516-822-9222 |
| 4a Manetto Hill Rd | LRMAD |
| Plainview, NY 11803 | **Type:** Revised (01)    **Issued:** 03/29/2022 |

**TRAVELER INFORMATION**

**Frequent Flyer #**
DL 202023566

| Psgr # | Passenger Name |
|---|---|
| 1 | Mr Mathew Charles Sher |
| 2 | Mrs Stacie Jennifer Sher |
| 3 | Ms Ruby Mikaela Sher (age 10) |
| 4 | Mr Benjamin Max Sher (age 17) |

**BONUS MILES THROUGH THE SKYMILES® PROGRAM**

Bonus Miles
Thank you for choosing Delta Vacations. To ensure you receive your bonus miles, your SkyMiles account number must be applied to your reservation with Delta Vacations before you depart. (Bonus miles will not be credited to your account if your SkyMiles number is provided directly to the airline.)
Your bonus miles will be automatically credited to your account approximately 6-8 weeks after you return from your return trip. If your account number has not yet been applied, contact your travel advisor at Delta Vacations.
Not a SkyMiles Member? Join today. You can enroll at: www.joinskymiles.com

**IMPORTANT INFORMATION**

Change or cancellation
Please contact us or your booking agent to make any pre-departure changes or to cancel your reservation.

Please Note
We are not responsible for expenses incurred that were not booked as part of your package. All services are valid for use only on the date indicated. Individuals of groups attending conventions may not use these rates. If a trip is for one of these reasons, some hotels may directly assess an additional surcharge during the convention or special event time periods.

Documentation Notification
Traveling outside the United States? International travel requires presentation of passports, no matter the age of the traveler, and may require presentation of visas or other credentials. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian. All entry requirements can be found at: www.deltavacations.com/booking/entryrequirements. Laws and regulations regarding entry requirements often change, so be sure to check the entry requirements each time before you travel to an international destination.

Traveling With Children
FAA regulations require that a separate seat be purchased for a child who is two years of age or older. With proof of age, a child one year of age and under may legally be held on the lap of a passenger who is 15 years of age or older. Only one lap child one year old is allowed per adult. Taxes and fees apply. For domestic travel, a birth certificate is an acceptable proof of age. For international travel, all passengers are required to present a passport. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian.

Special Needs
We would like your travels to be as comfortable as possible. If you have any special needs (wheelchair, medical, etc.) please have your booking agent contact us in advance.



# ▲ DELTA VACATIONS

## Travel Documents

**Passengers:** (1) Mr Matthew Charles Sher , (2) Mrs Stacie Jennifer Sher , (3) Ms Ruby Mikaela Sher (age 10) , (4) Mr Benjamin Max Sher (age 17)

### HOTEL INFORMATION

| Check In | Check Out | # of Nights | Hotel | Room Type | Psgr # |
|---|---|---|---|---|---|
| 16APR22 | 23APR22 | 7 | Hyatt Ziva Rose Hall - AI | Ocean View Double | ALL |

Rose Hall
Montego Bay,
876-953-2800
Confirmation #: 51143219

Hotel check-in time is 3:00PM, check-out time is 12:00 Noon. Present this document as your confirmation to the hotel front desk upon check in. Your package price includes nightly room rate, taxes, beverages, entertainment and activities. Hotel may require a credit card or cash deposit to cover incidental charges during your stay. Minimum check-in age is 18.

**Additional Information:**

Exclusive All Inclusive Plus

In addition to the standard all inclusive amenities, you will receive these EXCLUSIVE ALL INCLUSIVE PLUS AMENITIES only when you purchase a vacation package at this hotel through us.

Receive at check in a check out * Special welcome letter and fruit plate or amenity * Upgraded in-room amenities soaps and lotions; beach towel, robe and slippers, in room throughout your stay * Mini-bar restocked daily (water, soda, beer, and light snacks) * Priority a la carte dining (no restrictions) * Dedicated concierge available for resort assistance and dinner reservations (where applicable)

* Express check in and check out

Rates, amenities and inclusions are subject to change without notice.

In-Hotel COVID Testing Available

COVID-19 testing is available at this hotel, on property, for all passengers ages 2 and up departing to the U.S. This information is accurate at time of purchase and is subject to change.

### TRANSPORTATION INCLUSIONS: Roundtrip, shared-ride transportation between the Montego Bay Sangster International Airport (MBJ) and your hotel is included in your package.

Traffic Bundled Transfers

If you have purchased an upgraded vehicle transfer, please refer to the TRANSFER INFORMATION area of your travel documents. Transfers are provided between the Montego Bay Sangster International Airport (MBJ), and your hotel. Transfers are not available between hotels.

### ARRIVAL INFORMATION:

1. Once you arrive, Montego Bay International Airport (MBJ), once you clear Immigration and Customs, proceed to the Arrivals and Transportation area located INSIDE the terminal.

2. Look for our Destination Experts wearing LIGHT BLUE SHIRTS and displaying Delta Vacations signage. If you do not locate a Destination Expert inside the terminal, please proceed to the Traffictours and Delta Vacations area located at Desk #11. Our official Destination Expert, Traffictours, will direct you to your hotel transportation vehicle.

### DEPARTURE INFORMATION:

1. Our Destination Expert team will provide you with the pick-up time for your transfer to the Montego Bay Sangster International Airport (MBJ).

2. Please be checked in and be ready to depart for the Montego Bay Sangster International Airport (MBJ), 10 minutes prior to your scheduled pick-up time.

3. Your transportation is scheduled based on flight departure times and is regulated by the airport authorities in compliance with mandated security requirements. Your transportation pick-up time for day of departure is scheduled in advance and may not be altered.

**DESTINATION EXPERT CONTACT INFORMATION:** If you require service or assistance of any kind while in Jamaica, please contact our official Destination Expert, TRAFFICTOURS at 876-630-1564 or 876-630-1572.

To coordinate your destination experience, we encourage you to coordinate all local sightseeing tours and activities through our official Destination Experts. They can offer you a selection of the most popular activities in Jamaica, working with quality and reputable tour providers to ensure your satisfaction. Use caution when purchasing tours from any other source.

If staying in Montego Bay, try the Dunn's River Falls and the Bob Marley Nine Mile Tour.

If staying in Ocho Rios or on the North Coast, try the Swim with Dolphins Royal Swim Ocho Rios or Dunn's River Falls

If staying in Negril or on the South Coast, try the Black River Safari Y,S Falls and the Swim with Dolphins Royal Swim Negril.

**Tour Credit**

Receive a $25.00 USD credit per room, per stay toward the purchase of an excursion through TRAFFICTOURS. Upon arrival at your hotel visit your TRAFFICTOURS Destination Expert and present this document to utilize your $25.00 USD excursion credit. Credit is only valid when your tour is booked with the Destination Expert within 24-hours of arrival. Restrictions apply to select tours, excursions apply to receive the $25 discount is not combinable with other promotions. Valid per room, has no cash value and is subject to change without notice. This is not available at Sandals or Breezes hotels.

**Important COVID-19 Information:** Check back prior to travel as information may change.

* Please check with the destination and hotel for current information about entry, destination, and departure requirements.
* Please note that hotel restaurants, pools, fitness centers and other amenities such as daily housekeeping or spa services may be limited or temporarily not available. In many destinations, transportation services such as taxi or airport/hotel transfers may experience longer than usual wait times or delays due to heightened traffic congestion or limited vehicle and driver availability.

### TRAVEL PROTECTION

| Protection Plan | Psgr # |
|---|---|
| Travel Protection Plan has been declined | ALL |

### CONTACT INFORMATION

We want your trip to be thoroughly enjoyable. If you need assistance before your vacation begins, please contact your booking agent.

While enroute to your destination, please contact your booking agent, or if your booking agent is not available, please contact our 24-hour Destination Help Center at 1-800-487-0740 or call direct 1-701-420-5300 for assistance. Costa Rica, and Cuba).

To confirm your flight times, contact the airline directly.

For assistance while you are in Jamaica, or if you would like information regarding reputable sightseeing tours, contact our official Destination Expert, TRAFFICTOURS at 876-630-1564 or 876-630-1572.

# The Following Must Be Read By All Parties Listed on This Itinerary Prior to Departure

## Transportation of Hazardous Materials

1) Federal law forbids the carriage of hazardous materials aboard in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. (2) There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information contact your airline representative or visit delta.com Restricted Items section.

## Notice of Incorporated Terms

All transportation on Delta and Delta Connection carriers is subject to Delta's conditions of carriage. Air transportation is subject to the individual contract terms (including rules, regulations, tariffs and conditions of transportation) of carriers, which are incorporated by reference into every ticket for travel and made part of the contract of carriage. Incorporated terms may include, but are not limited to: (1) Limits on liability for personal injury or death, (2) Limits on liability for baggage, including fragile or perishable goods and availability of excess valuation coverage. (3) Claims restrictions, including time periods in which passengers must file a claim or bring action against the carrier. (4) Rights of the air carrier to change terms of the contract. (5) Rules on reconfirmation of reservations, check-in times, refusal to carry, and smoking. (6) Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (7) Fare rules, including exceptions for changing itineraries. Additional terms may apply when carrier does so only as a result of changing your itinerary of cancellation in some restricted fares. (8) Overbooking. If we deny you boarding due to an oversale, with few without limitation penalties for changing itinerary, including schedule changes. (9) Delta reserves the right to overbook the carriage to any person who is not able to produce positive identification. (10) You can obtain additional information on items above at any U.S. location where the transporting air carrier's tickets are sold. You have the right in respect of the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each carrier's terms is available at any U.S. location where the air carrier's tickets are sold.

## Conditions of Contract

As used in this contract, "ticket" means this passenger ticket and baggage check, of which these conditions and the notices form part, "carriage" is equivalent to "transportation", "carrier" means all air carriers that carry or undertake to carry the passenger or his or her baggage hereunder or perform any other service incidental to such air carriage. "Warsaw Convention" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.

2. Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "International Carriage" as defined by that Convention.

3. To the extent not to conflict with the foregoing, carriage and other services performed by each carrier are subject to: (i) provisions contained in this ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made a part hereof (and are available on application at the offices of the carrier), except in transportation between a place in the United States or Canada and any place outside thereof to which tariffs in force in those countries apply.

4. Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of the carrier's name in the ticket; the agreed stopping places are those set forth in this ticket or as shown in carrier's timetables as scheduled stopping places on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.

5. An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its agent.

6. Any exclusion or limitation of liability of carrier shall apply to and be for the benefit of agents, servants, and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants and representatives.

7. Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving in international transportation, complaint must be made in writing to carrier immediately after discovery of damage and, at the latest, 7 days from receipt; in case of delay, complaint must be made within 21 days from date baggage was delivered. See tariffs or conditions of carriage regarding non-international transportation.

8. This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation if the applicable fare has not been paid.

9. Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetable or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.

10. Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.

11. No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

## Advice to International Passengers on Limitation of Liability

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage. The names of carriers party to such special contracts are available at all ticket offices of such carriers and may be examined upon request.

## Notice of Baggage Liability Limitation

(1) For most international travel (including domestic portions of international journeys) Liability for loss, delay, or damage to baggage is limited to approximately $9.07 per pound ($20.00 per kilo) for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of valuable articles. Carriers assume no liability for fragile or perishable articles. Further information may be obtained from the carrier. Liability is for a maximum of 70 lbs. ($640.00) per checked bag. The limit may be lowered for fragile articles. (2) For travel wholly within the 50 United States, Puerto Rico, and the U.S. Virgin Islands; Rules governing limitations on Delta's liability for lost, damaged, or delayed baggage—and your domestic travel (Travel wholly within the 50 United States, Puerto Rico, and the U.S. Virgin Islands) Liability is limited to $3,300 per located baggage unless a higher value responsibility for timely notification in the event of lost, damaged, or delayed baggage vary depending upon the nature of your travel. Contact a Delta agent for details. (2) For carriers. Damaged baggage must be reported within seven-days; Note: Rules governing limitations on Delta's liability for lost, damaged, or delayed baggage—and your Excess valuation may not be declared on certain types of articles. Excess valuation and additional charges are paid. Additional charges may be obtained on certain types of valuable articles. Carriers assume no liability for fragile or perishable pieces to certain destinations or when using connecting (for checked baggage) is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of articles. No liability for electronic equipment, photographic equipment, jewelry, cash, computer equipment, or other similar valuable items. Damaged baggage must be reported within 24 hours.





# ▲ DELTA VACATIONS

**Travel Documents**

Agency: #1 POWER TRAVEL LLC
516-822-9222

**Booking #: 16582975**
**Type:** Revised (01)
**Issued:** 03/29/2022

LRMAD
LRMAD

TRAVELER INFORMATION

ATTN: LRMAD
#1 Power Travel Llc
4a Manetto Hill Rd
Plainview, NY 11803

| Psgr # | Passenger Name | Frequent Flyer # |
| --- | --- | --- |
| 1 | Mr Robert Jay Kaplan | DL 2084445267 |
| 2 | Mrs Ina Gaye Kaplan | DL 2084445281 |

BONUS MILES THROUGH THE SKYMILES® PROGRAM

Bonus Miles
Thank you for choosing Delta Vacations. To ensure you receive your bonus miles, your SkyMiles account number must be applied to your reservation with Delta Vacations before you depart. (Bonus miles will not be credited to your account if your SkyMiles number is provided directly to the airline.)

Your bonus miles will be automatically credited to your account approximately 6-8 weeks after you return from your trip. If your account number has not yet been applied, contact your travel advisor or Delta Vacations.

Not a SkyMiles Member? Join today. You can enroll at: www.joinskymiles.com

IMPORTANT INFORMATION

Change or cancellation
Please contact us or your booking agent to make any pre-departure changes or to cancel your reservation.

Please Note
We are not responsible for expenses incurred that were not booked as part of your package. All services are valid for use only on the data indicated. Individuals of groups attending conventions may not use these rates. If a trip is for one of these reasons, some hotels may directly assess an additional surcharge during the conventions or special event time periods.

Documentation
Traveling outside the United States? International travel requires presentation of passports, no matter the age of the traveler, and may require presentation of visas or other credentials. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian. All entry requirements can be found at: www.deltavacations.com/booking/en/travelrequirements.do Laws and regulations regarding entry requirements often change, so be sure to check the entry requirements each time before you travel to an international destination.

Traveling with Children
FAA regulations require that a separate seat be purchased for a child who is two years of age or older. With proof of age and under may legally be held on the lap of a passenger who is 15 years of age or older. Only one lap child one year of age is allowed per adult. Taxes and fees apply. For domestic travel, a birth certificate is an acceptable proof of age. For international travel, all passengers are required to present a passport. There may also be specific documentation required for minors traveling unaccompanied or accompanied by a person other than their parent/legal guardian.

Special Needs
We would like your travels to be as comfortable as possible. If you have any special needs (wheelchair, medical, etc.) please have your booking agent contact us in advance.

-- Page 1 --

**Booking #: 16582975**



# ▲ DELTA VACATIONS

## Travel Documents

**Passengers:** (1) Mr Robert Jay Kaplan , (2) Mrs Ina Gaye Kaplan

### HOTEL INFORMATION:

| | Check In | Check Out | # of Nights | Hotel | Room Type | Psgr # |
|---|---|---|---|---|---|---|
| | 16Apr22 | 23Apr22 | 7 | Hyatt Ziva Rose Hall - AI<br>Rose Hall<br>Montego Bay,<br>876-953-2800<br>Confirmation #: 2694204 | Ocean Front Junior Suite King | ALL |

Hotel check-in time is 3:00PM, check-out time is 12:00 Noon. Present this document as your confirmation to the hotel front desk upon check in. Your package price includes highly room rate, all meals, beverages, entertainment and activities, tax service charges. Hotel may require a credit card or cash deposit to cover incidental charges during your stay. Minimum check-in age is 18.

**Additional Information:**

**Exclusive All Inclusive Plus**
In addition to the standard all inclusive amenities, you will receive these EXCLUSIVE ALL INCLUSIVE PLUS AMENITIES only when you purchase a vacation package at this Rose Hall property in:
* Express check in and check out * Special welcome letter and fruit plate or amenity * Upgraded in-room amenities soaps and lotions; beach towel, robe and slippers; in room throughout your stay * Mini-bar restocked daily (water, soda, beer, and light snacks) * Priority a la carte dining (no restrictions) * Dedicated concierge available for resort assistance and dinner reservations (where applicable)

**In-Hotel COVID Testing Available**
COVID-19 testing is available at this hotel, on property, for all passengers ages 2 and over and departing to the U.S. This information is accurate at time of purchase and is subject to change without notice.

**TRANSPORTATION INCLUSIONS:** Roundtrip, shared-ride transportation between the Montego Bay Sangster International Airport (MBJ) and your hotel is included in your package.

Trafic bundled Transfers
Inclusions are subject to change without notice.

If you have purchased an upgraded vehicle transfer, please refer to the TRANSFER INFORMATION area of your travel documents. Transfers are provided between the Montego Bay Sangster International Airport (MBJ), and your hotel. Transfers are not available between Beaches hotels.

**ARRIVAL INFORMATION:**

1. After arriving in Jamaica, Montego Bay Sangster International Airport (MBJ), once you clear Immigration and Customs, proceed to the Arrivals and Transportation area located INSIDE the terminal.
2. Look for our Destination Experts wearing LIGHT BLUE SHIRTS and displaying Delta Vacations signage. If you do not locate a Destination Expert inside the terminal, please proceed to the Traficours and Delta Vacations area located at Desk #11. Our official Destination Expert, Traficours, will direct you to your hotel transportation vehicle.

**DEPARTURE INFORMATION.**

1. Our Destination Expert team will provide you with the pick-up time for your transfer to the Montego Bay Sangster International Airport (MBJ).
2. Please be checked out of the hotel and be ready to depart for the Montego Bay Sangster International Airport (MBJ), 10 minutes prior to your scheduled pick-up time.
3. Your transportation is scheduled based on flight departure times and is regulated by the airport authorities in compliance with mandated security requirements. Your departure pick-up time the day of departure is scheduled in advance and may be altered.

**DESTINATION EXPERT CONTACT INFORMATION:** If you require service or assistance of any kind while in Jamaica, please contact our official Destination Expert, TRAFICOURS at 876-630-1584 or 876-630-1572.

To complete your destination experience, we encourage you to coordinate all local sightseeing tours and activities through our official Destination Experts. They can offer you a selection of the most popular activities in Jamaica, working with quality and reputable tour providers to ensure your satisfaction. Use caution when purchasing tours from any other source.

If staying in Montego Bay, try the Dunn's River Falls and the Bob Marley Nine Mile Tour.

If staying in Ocho Rios or on the North Coast, try the Swim with Dolphins Royal Swim Ocho Dunn's River Falls

If staying in Negril or on the South Coast, try the Black River Safari Y.S Falls and the Swim with Dolphins Royal Swim Negril.

**Tour Credit**
Receive a $25.00 USD credit per room, per-stay toward the purchase of an excursion through TRAFICOURS. Upon arrival at your hotel visit your TRAFICOURS, Destination Expert and present this document to utilize your $25.00 USD excursion credit. Credit is only valid when tour with the Destination Expert within 24-hours of arrival. Restrictions apply to select tours, a minimum amount of $75 will required to receive the $25 discount is not combinable with other promotions. Valid per room, has $25 cash value and is subject to change without notice. This is not available at Sandals or Beaches hotels.

Important COVID-19 Information
* Please check with the destination and hotel for current information about entry, destination, and departure requirements. Check back prior to travel as information may change.
* Please note that hotel restaurants and other amenities such as daily housekeeping or spa services may be limited or temporarily not available. In many destinations, transportation services such as taxi or airport/hotel transfers may experience longer than usual wait times or delays due to heightened traffic congestion or limited vehicle and driver availability.

### TRAVEL PROTECTION

**Protection Plan**
Travel Protection Plan has been declined

Psgr # ALL

### CONTACT INFORMATION

We want your trip to be thoroughly enjoyable. If you need assistance before your vacation begins, please contact your booking agent.

While enroute to your destination, please contact your booking agent, or if your booking agent is not available, please contact our 24-hour Destination Help Center at 1-800-487-0740 or call direct 1-701-420-6300 for assistance.

To confirm your flight times, contact the airline directly.

For assistance while you are in Jamaica, or if you would like information regarding reputable sightseeing tours, contact our official Destination Expert, TRAFICTOURS at 876-630-1584 or 876-630-1572.


## The Following Must Be Read By All Parties Listed on This Itinerary Prior to Departure

### Transportation of Hazardous Materials

1) Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. (2) There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information contact your airline representative or visit delta.com Restricted Items section.

### Notice of Incorporated Terms

Air transportation on Delta and Delta Connection carriers is subject to Delta's conditions of carriage. Air transportation is subject to the individual contract terms (including rules, regulations, tariffs and conditions) of transporting air carriers, which are incorporated by reference and made part of the Contract of Carriage. Incorporated terms may include, but are not restricted to: (1) Limits on liability for personal injury or death, (2) Limits on liability for baggage, including fragile or perishable goods and availability of excess valuation coverage. (3) Claims restrictions, including time periods in which passengers must file a claim or bring action against the carrier. (4) Rights of the air carrier to change the terms of the contract. (5) Rules on reconfirmation of reservations, check-in times, refusal to carry, and smoking. (6) Rights of the air carrier and limits on its liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (7) Fare rules, including without limitation penalties for changing itinerary or cancellation of your journey on some restricted fares. (8) Overbooking. If we deny you boarding due to an oversale, with few exceptions we compensate you. (9) Delta reserves the right to refuse passage to any person who is not able to produce positive identification. (10) You can obtain additional information on items above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's rules at its airport and city ticket offices. You also have the right, upon request, to receive free of charge the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each carrier's terms is available at any U.S. location where the air carrier's tickets are sold.

### Conditions of Contract

1. As used in this contract, "ticket" means this passenger ticket and baggage check, of which these conditions and the notices form part, "carriage" is equivalent to "transportation", "carrier" means all air carriers that carry or undertake to carry the passenger or his or her baggage hereunder or perform any other service incidental to such air carriage. "Warsaw Convention" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.

2. Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "International Carriage" as defined by that Convention.

3. To the extent not in conflict with the foregoing, carriage and other services performed by each carrier are subject to: (i) provisions contained in this ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made a part hereof (and are available on application at the offices of the carrier), except in transportation between a place in the United States or Canada and any place outside thereof to which tariffs in force in those countries apply.

4. Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of the carrier's name in the ticket; the agreed stopping places set forth on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.

5. An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its agent.

6. Any exclusion or limitation of liability of a carrier shall apply to and be for the benefit of agents, servants, and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants, and representatives.

7. Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving in international transportation, complaint must be made in writing to carrier immediately after discovery of damage and, at the latest, 7 days from receipt; in case of delay, complaint must be made within 21 days from date baggage was delivered. See tariffs or conditions of carriage regarding non-international transportation.

8. This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation if the applicable fare has not been paid.

9. Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetable or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.

10. Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.

11. No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

### Advice to International Passengers on Limitation of Liability

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage. The names of carriers party to such special contracts are available at all ticket offices and may be examined upon request.

### Notice of Baggage Liability Limitation

(1) For most international travel (including domestic portions of international journeys): Liability for loss, delay, or damage to baggage is limited to approximately $9.07 per pound ($20.00 per kilo) for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of valuable articles. Carriers assume no liability for fragile or perishable articles. Further information may be obtained from the carrier. Liability is for a maximum of 70 lbs. ($640.00) per checked bag. Bag will be lowered for additional pieces of certain destinations or when using connecting carriers. Damaged baggage vary depending upon the nature of your travel. Contact a Delta agent for details. (2) For domestic travel (travel wholly within the 50 United States, Puerto Rico, and the U.S. Virgin Islands): Liability is limited to $3,300 per ticketed passenger unless a higher value (for checked baggage) is declared in advance and additional charges are paid. Excess valuation may not be declared on certain types of articles. No liability for electronic equipment, photographic equipment, jewelry, cash, computer equipment, or other similar valuable items. Damaged baggage must be reported within 24 hours.



## DELTA
### VACATIONS

**Reservation Status: Confirmed**
**Booking Number: 16583030**   **Date Booked: 07/27/21**

Modify traveler information >>
(passport, frequent flyer and contact information)

**Traveler Information**

| Traveler | Traveler Name | Frequent Flyer Number |
|---|---|---|
| #1 | David Scott Kaplan | |
| #2 | Danielle Sheer Kaplan | |
| #3 | Jonathan Scott Kaplan | |
| #4 | Zachary Dov Sher — *Wed, Thurs & Fri → leaving on Sat.* | |

**Informational Air Only - Flights not booked with Delta Vacations**

None on current itinerary

Add or edit Remarks and Special Requests >>

**Hotel**

| Date | Hotel Info | Travelers | Price in USD |
|---|---|---|---|
| 16-Apr-22 | **Hotel 1 -** Hyatt Ziva Rose Hall - Price includes accommodations and hotel taxes.<br>Hyatt Ziva Rose Hall AI Ocean View Double<br>Number of nights: 7<br><br>**Added Values:** Exclusive All Inclusive Plan<br>Round Trip Transfers<br>Tour Credit<br><br>**Terms and Advisements:** Important COVID-19 Information<br>In Hotel COVID Testing Available | ALL | $5,594.26 |

| **Booking Summary -** Hide event details | Amount in USD |
|---|---|
| Package Price | $5,594.26 |
| Total Payments** | $5,594.26 |

**Includes pending payments and excludes scheduled payments

**Payments**

| Status | Type | Ends With | Client Name | Payment Date | Amount in USD |
|---|---|---|---|---|---|
| Approved | Delta Vacations Gift Card/Travel Cert | 7774 | David Scott Kaplan | 08/02/2021 | $200.00 |
| Approved (207276) | American Express | 1009 | Robert Kaplan | 03/17/2022 | $4,894.26 |
| Approved | Delta Vacations Gift Card/Travel Cert | 7774 | David Scott Kaplan | 03/17/2022 | $500.00 |

---------- Forwarded message ----------
**From:** <macy@number1powertravel.com>
**Date:** Thu, Mar 17, 2022 at 10:32 AM
**Subject:** FW: David Kaplan Paid In Full, sent on the behalf of #1 POWER TRAVEL
**To:** <lisa@number1powertravel.com>



## Travel Itinerary

**Reservation Status: Confirmed**

**Booking Number: 16583030**

**Date Booked: 07/27/21**

| Traveler | Traveler Name | Age | Frequent Flier Number |
|----------|---------------|-----|------------------------|
| #1 | David Scott Kaplan | Adult | |
| #2 | Danielle Sheer Kaplan | 10 | |
| #3 | Jonathan Scott Kaplan | 12 | |
| #4 | Zachary Dov Sher | Adult | |

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|------|-----------|-----------|

16-Apr-22   Hotel 1 Hyatt Ziva Rose Hall AI Ocean View Double          ALL
Number of nights: 7

Added Values: Exclusive All Inclusive Plus – Round Trip Transfers – Tour Credit

Terms and Advisements:  Important COVID-19 Information – In-Hotel COVID Testing Available

| Booking Summary | Amount in USD |
|---|---|
| Package Price | $5,594.26 |
| Total Payments** | $5,594.26 |
| Balance Due | $0.00 |

**Includes pending payments and excludes scheduled payments

**Cancel Fees**

| If cancelled before 03/17/22 | your fee will be $200.00 USD |
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $400.00 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $1,600.00 USD. |
| If cancelled after 04/12/22 | your fee will be $5,594.26 USD or non-refundable |

Before making your deposit please click ____ to read our Terms and Conditions.  Power Travel's receipt of your payment acknowledges your acceptance of these terms.

Lisa Enden
Vice President
# 1 Power Travel



# DELTA
## VACATIONS

**Reservation Status: Confirmed**
**Booking Number: 16582975**     Date Booked: **07/27/21**

Modify traveler information

**Traveler Information**     (passport, frequent flyer and contact information)

| Traveler | Traveler Name | Frequent Flyer Number |
|----------|---------------|-----------------------|
| #1 | Robert Jay Kaplan | 2084445267 Delta Air Lines / SkyMiles |
| #2 | Ina Gaye Kaplan | 2084445291 Delta Air Lines / SkyMiles |

**Informational Air Only - Flights not booked with Delta Vacations**

None on current itinerary

**Hotel**     Add or edit Remarks and Special Requests

| Date | Hotel Info | Travelers | Price in USD |
|------|-----------|-----------|--------------|
| 16-Apr-22 | Hotel 1 – Hyatt Ziva Rose Hall – Price includes accommodations and hotel taxes. Hyatt Ziva Rose Hall Al Ocean Front Junior S Number of nights: 7 | ALL | $5,171.26 |

Added Values: Exclusive All Inclusive Plus
Round Trip Transfers
Tour Credit

Terms and Advisements: Important COVID-19 Information
In-Hotel COVID Testing Available

None on current itinerary

| Booking Summary - | Amount in USD |
|-------------------|---------------|
| Package Price | $5,171.26 |
| Total Payments** | $5,171.26 |

**\*\*Includes pending payments and excludes scheduled payments**

**Payments**

| Status | Type | Ends With | Client Name | Payment Date | Amount in USD |
|--------|------|-----------|-------------|--------------|---------------|
| Approved | Delta Vacations Gift Card/Travel Cert | 7057 | Robert Jay Kaplan | 08/02/2021 | $100.00 |
| Approved (251739) | American Express | 1009 | Kaplan/Robert.Jay | 03/17/2022 | $4,671.26 |
| Approved | Delta Vacations Gift Card/Travel Cert | 7057 | Robert Jay Kaplan | 03/17/2022 | $400.00 |

**From:** lisa@number1powertravel.com,
**To:** rjkbarjan@aol.com,
**Subject:** Fwd: FW: Robert and Ina Kaplan Pain in Full, sent on the behalf of #1 POWER TRAVEL
**Date:** Thu, Mar 17, 2022 12:38 pm

---------- Forwarded message ----------
**From:** <lisav@number1powertravel.com>
**Date:** Thu, Mar 17, 2022 at 10:31 AM
**Subject:** FW: Robert and Ina Kaplan Pain in Full, sent on the behalf of #1 POWER TRAVEL
**To:** <lisa@number1powertravel.com>



# Travel Itinerary

Reservation Status: **Confirmed**

Booking Number: **16582975**

Date Booked: **07/27/21**

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | Robert Jay Kaplan | Adult | 2084445267 Delta Air Lines / SkyMiles |
| #2 | Ina Gaye Kaplan | Adult | 2084445291 Delta Air Lines / SkyMiles |

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|
| 16-Apr-22 | Hotel 1 Hyatt Ziva Rose Hall Al Ocean Front Junior S Number of nights: 7 | ALL |

Added Values: Exclusive All Inclusive Plus - Round Trip Transfers - Tour Credit

Terms and Advisements: Important COVID-19 Information - In-Hotel COVID Testing Available

| Booking Summary | Amount in USD |
|---|---|
| Package Price | $5,171.26 |
| Total Payments** | $5,171.26 |
| Balance Due | $0.00 |

**Includes pending payments and excludes scheduled payments

**Cancel Fees**

| | |
|---|---|
| If cancelled before 03/17/22 | your fee will be $100.00 USD |
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $200.00 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $800.00 USD. |
| If cancelled after 04/12/22 | your fee will be $5,171.26 USD or non-refundable |

--

Before making your deposit please click _____ to read our Terms and Conditions. Power Travel's receipt of your payment acknowledges your acceptance of these terms.

Lisa Enden
Vice President
# 1 Power Travel
Member of *Virtuoso*
(516) 822-9222 ext. 216



# DELTA
## VACATIONS

**Reservation Status: Confirmed**
**Booking Number: 16582998**    Date Booked: **07/27/21**

## Traveler Information

Modify traveler information >>
(passport, frequent flyer and contact information)

| Traveler | Traveler Name | Frequent Flyer Number |
|---|---|---|
| #1 | Michael Justin Kaplan | |
| #2 | Lauren Kaplan | |
| #3 | Hudson Kaplan | |
| #4 | Owen Kaplan | |

### Informational Air Only - Flights not booked with Delta Vacations

None on current itinerary

## Hotel

Add Car and Request, and Special Requests >>

| Date | Hotel Info | Travelers | Price in USD |
|---|---|---|---|
| 16-Apr-22 | Hotel 1 - Hyatt Ziva Rose Hall - Price includes accommodations and hotel taxes.<br>Hyatt Ziva Rose Hall AI Ocean View Double<br>Number of nights: 7 | ALL | $5,585.26 |
| | Added Values: Exclusive All Inclusive Plus<br>Round Trip Transfers<br>Tour Credit | | |
| | Terms and Advisements: Important COVID-19 Information<br>In-Hotel COVID Testing Available | | |

| **Booking Summary -** Hide agent details | Amount in USD |
|---|---|
| Package Price | $5,585.26 |
| | |
| Total Payments** | $5,585.26 |

**Includes pending payments and excludes scheduled payments

## Payments

| Status | Type | Ends With | Client Name | Payment Date | Amount in USD |
|---|---|---|---|---|---|
| Approved | Delta Vacations Gift Card/Travel Cert | 3166 | Michael Justin Kaplan | 08/02/2021 | $200.00 |
| Approved (237775) | American Express | 1009 | Robert Kaplan | 03/17/2022 | $4,685.26 |
| Approved | Delta Vacations Gift Card/Travel Cert | 3166 | Michael Justin Kaplan | 03/17/2022 | $700.00 |

**From:** lisa@number1powertravel.com,

**To:** rjkbarjan@aol.com,

**Subject:** Fwd: Michael Kaplan Paid In Full, sent on the behalf of #1 POWER TRAVEL

**Date:** Thu, Mar 17, 2022 12:38 pm

---------- Forwarded message ----------
From: <tracy@number1powertravel.com>
Date: Thu, Mar 17, 2022 at 10:32 AM
Subject: Michael Kaplan Paid In Full, sent on the behalf of #1 POWER TRAVEL
To: <lisa@number1powertravel.com>



# Travel Itinerary

Reservation Status: **Confirmed**

Booking Number: **16582998**             Date Booked: **07/27/21**

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | Michael Justin Kaplan | Adult | |
| #2 | Lauren Kaplan | Adult | |
| #3 | Hudson Kaplan | 3 | |
| #4 | Owen Kaplan | 7 | |

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|

16-Apr-22   Hotel 1 Hyatt Ziva Rose Hall Al Ocean View Double          ALL
            Number of nights: 7

Added Values: Exclusive All Inclusive Plus - Round Trip Transfers - Tour Credit

Terms and Advisements: Important COVID-19 Information - In-Hotel COVID Testing Available

| Booking Summary | Amount in USD |
|---|---|
| Package Price | $5,585.26 |
| Total Payments** | $5,585.26 |
| Balance Due | $0.00 |

**Includes pending payments and excludes scheduled payments

**Cancel Fees**

| If cancelled before 03/17/22 | your fee will be $200.00 USD |
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $400.00 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $1,600.00 USD. |
| If cancelled after 04/12/22 | your fee will be $5,585.26 USD or non-refundable |

---

Before making your deposit please click [____] to read our Terms and Conditions.  Power Travel's receipt of your payment acknowledges your acceptance of these terms.

Lisa Enden
Vice President
# 1 Power Travel


## VACATIONS

**Reservation Status: Confirmed**
Booking Number: **16583007**     Date Booked: **07/27/21**

### Traveler Information

Modify traveler information >>
(passport, frequent flyer and contact information)

| Traveler | Traveler Name | Frequent Flyer Number |
|---|---|---|
| #1 | Matthew Charles Sher | 2020235566 Delta Air Lines / SkyMiles |
| #2 | Stacie Jennifer Sher | |
| #3 | Ruby Mikaela Sher | |
| #4 | Benjamin Max Sher | |

**Informational Air Only - Flights not booked with Delta Vacations**

None on current itinerary

### Hotel

Add or edit Remarks and Special Requests >>

| Date | Hotel Info | Travelers | Price in USD |
|---|---|---|---|
| 16-Apr-22 | Hotel 1 – Hyatt Ziva Rose Hall - Price includes accommodations and hotel taxes. Hyatt Ziva Rose Hall AI Ocean View Double Number of nights: 7 | ALL | $5,874.26 |
| | Added Values: Exclusive All Inclusive Plus Round Trip Transfers Tour Credit | | |
| | Terms and Advisements: Important COVID-19 Information In-Hotel COVID Testing Available | | |

| Booking Summary - hide agent details | Amount in USD |
|---|---|
| Package Price | $5,874.26 |
| | |
| Total Payments** | $5,874.26 |

**Includes pending payments and excludes scheduled payments

### Payments

| Status | Type | Ends With | Client Name | Payment Date | Amount in USD |
|---|---|---|---|---|---|
| Approved | Delta Vacations Gift Card/Travel Cert | 1410 | Matthew Charles Sher | 08/02/2021 | $200.00 |
| Approved (228387) | American Express | 1009 | Robert Kaplan | 03/17/2022 | $4,974.26 |
| Approved | Delta Vacations Gift Card/Travel Cert | 1410 | Matthew Charles Sher | 03/17/2022 | $700.00 |

**From:** lisa@number1powertravel.com,
**To:** rjkbarjan@aol.com,
**Subject:** Fwd: Matthew Sher Paid In Full, sent on the behalf of #1 POWER TRAVEL
**Date:** Thu, Mar 17, 2022 12:39 pm

Sorry to send so many emails but I just sent each room showing that they were paid in full.

Thanks Robert!

---------- Forwarded message ---------
From: <tracy@number1powertravel.com>
Date: Thu, Mar 17, 2022 at 10:32 AM
Subject: Matthew Sher Paid In Full, sent on the behalf of #1 POWER TRAVEL
To: <lisa@number1powertravel.com>



## Travel Itinerary

Reservation Status: **Confirmed**

Booking Number: **16583007**                         Date Booked: **07/27/21**

| Traveler | Traveler Name | Age | Frequent Flier Number |
|----------|---------------|-----|------------------------|
| #1 | Matthew Charles Sher | Adult | 2020235566 Delta Air Lines / SkyMiles |
| #2 | Stacie Jennifer Sher | Adult | |
| #3 | Ruby Mikaela Sher | 10 | |
| #4 | Benjamin Max Sher | 17 | |

**Hotel** – Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|------|-----------|-----------|
| 16-Apr-22 | Hotel 1 Hyatt Ziva Rose Hall AI Ocean View Double<br>Number of nights: 7 | ALL |

Added Values: Exclusive All Inclusive Plus – Round Trip Transfers – Tour Credit

Terms and Advisements: Important COVID-19 Information - In-Hotel COVID Testing Available

| Booking Summary | Amount in USD |
|-----------------|---------------|
| Package Price | $5,874.26 |
| Total Payments** | $5,874.26 |
| Balance Due | $0.00 |

**Includes pending payments and excludes scheduled payments

**Cancel Fees**

| | |
|--|--|
| If cancelled before 03/17/22 | your fee will be $200.00 USD |
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $400.00 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $1,600.00 USD. |
| If cancelled after 04/12/22 | your fee will be $5,874.26 USD or non-refundable |

---

Before making your deposit please click _____ to read our Terms and Conditions. Power Travel's receipt of your payment acknowledges your acceptance of these terms.

*Print double-sided to produce a Confirmation of Coverage card you can cut out and take with you on your trip*

| Confirmation Number: TBB235628 | Plan Number: TBB-VIR-1220 |
| --- | --- |

**Plan Benefits** — **Maximum Coverage Per Person**

| Plan Benefits | Maximum Coverage Per Person |
| --- | --- |
| Trip Cancellation | 100% of Insured Trip Cost |
| Trip Interruption | 100% of Insured Trip Cost |
| Frequent Traveler Benefit | $200 |
| Trip Delay | $500 ($250/day) |
| Missed Connection | $500 |
| Baggage/Personal Effects | $500 |
| Baggage Delay | $100 |
| Emergency Medical & Dental Expense | $15,000 ($500 dental sublimit) |
| Emergency Evacuation & Repatriation | $100,000 |
| Accidental Death & Dismemberment | $10,000 |
| Travel Assistance Services | Included |
| Car Rental Collision Upgrade | None |
| AD&D Common Carrier Air Only Upgrade | None |

---

# Confirmation of Coverage

Thank you for your purchase of Travelex Insurance Service's Travel Basic plan. We appreciate the trust you have placed in us. This document confirms your travel protection plan purchase. Please carefully review the information below.

| Confirmation Number: | TBB235628 | Location Number: | 32-0908 | Plan Number: | TBB-VIR-1220 |
| --- | --- | --- | --- | --- | --- |
| Primary Insured: | Robert Kaplan 29 Conventry Rd Syosset, NY 11791 | | | Brochure Code: | TBB-VIR-1220 |

**Policy Effective Dates**

| | |
| --- | --- |
| Departure Date: | 04/16/2022 |
| Return Date: | 04/23/2022 |
| Coverage: | Trip Cancellation |

| Trip Cancellation: | 03/17/2022 |
| --- | --- |
| Post Departure: | 04/16/2022 |

| Insured | Trip Cost | Plan Cost |
| --- | --- | --- |
| Robert Kaplan | $2,586.00 | $341.00 |
| Ina Kaplan | $2,586.00 | $341.00 |
| **Total Policy Cost:** | | $682.00 |

Beneficiary: POLICY DESIGNATED

App Access Code: USA/Kaplan



# Confirmation of Coverage

**Take this Confirmation of Coverage and your Policy with you on your trip.**

All policy benefits and coverage is determined at time of claim and any reason for cancellation must occur after the Effective Date of the policy. Benefits are not payable during travel to a country subject to OFAC sanctions or when the Insured or when the Beneficiary is subject to OFAC Sanctions.

Travel Insurance is underwritten by Berkshire Hathaway Specialty Insurance Company, NAIC #22276, under Policy Form series (all states except as otherwise noted) PG-TA-IPL-USE, In KS, MN, MO, MT, OR, and VA Policy Form series PG-TA-IPL-NV, In CA Policy Form # PT-TA-IPL-CAENH, CO Policy Form #PG-TA-IPL-COENH and PG-TA-IPL-COEM, IL Policy Form # PG-TA-IPL-ILE, IN Policy Form # PG-TA-IPL-INEAH and PG-TA-IPL-NVIM, MD Policy Form # PG-TA-IPL-MDE, NH Policy Form # PG-TA-IPL-NHE, NY Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-NVAH-NY, PA Policy Form # PG-TA-IPL-USIM and PG-TA-IPL-NVAH-PA, TX Policy Form # PG-TA-IPL-TXEIM, WA Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-WEAH.

**FINANCIAL DEFAULT COVERAGE:** Financial default coverage is included if the plan was purchased within 15 days of initial trip deposit.

**CANCEL FOR BUSINESS REASONS COVERAGE:** Cancel for Business Reasons coverage is included if the plan was purchased within 15 days of initial trip deposit.

**AGGREGATE TRIP COST LIMIT:** Trip Cancellation coverage is for the Trip Cost, not to exceed $200,000 in aggregate trip cost, for all covered travelers on the same policy.

**COVID-19 COVERAGE:** Covid-19 is treated like any other illness under the policy and is subject to all the same benefits, limitations, and exclusions listed in the policy details. If quarantined at your destination, coverage will automatically extend to the date you reach your return destination and benefits will be paid up to the policy limits, as long as you return as soon as you are fit to fly or once your quarantine period is over. For questions, please visit www.travelexinsurance.com/Covid19.

| | |
|---|---|
| **Confirmation Number: TBB23562B** | **Plan Number: TBB-VIR-1220** |
| | |
| **PLAN CHANGES PRIOR TO YOUR TRIP DEPARTURE?** | **NEED EMERGENCY ASSISTANCE WHILE TRAVELING?** |
| Submit your change online under the Plan Holders tab at | **World Travel Protection** |
| | 24 Hours a Day, 7 Days a Week |
| | 844.215.1672 (within USA & Canada) |
| | 647.775.8042 (Outside USA & Canada) |
| **QUESTIONS PRIOR TO YOUR TRIP DEPARTURE?** | **EXPERIENCE A LOSS & NEED TO FILE A CLAIM?** |
| 800.504.7883 | **Berkshire Hathaway Specialty Insurance Company** |
| 8:00am – 7:00pm CST, M-F | File a Claim Online at |
| | Download 'Travelex Insurance' on Google Play or iTunes |
| | 7:00am – 7:00pm CST, M-F |
| | 855.205.6054 |
| | 715.303.6328 (fax) |
| | BHSIC, P.O. Box 2986, Clinton, IA 52733 |



# Confirmation of Coverage



**This document is required for certain countries that have entry requirements.** This page as well as the email and full Confirmation of Coverage should be presented to your destination country to satisfy any entry requirements. If you have questions, you may contact our Customer Solutions Department at 800.504.7883. **Please ensure that you take your Confirmation of Coverage ("COC") and Policy with you on your trip.**

Re: Travelex Insurance Services, Inc. - TBB235628

3/16/2022

To Whom It May Concern:

This letter along with the Travel Insurance Policy is to confirm coverage for Robert Kaplan, Ina Kaplan for the period of 04/16/2022 to 04/23/2022. Travelex Insurance Services, Inc. ("Travelex") offers travel protection and worldwide coverage subject to all United States of America economic or trade sanction laws or regulations, including, but not limited to, sanctions, laws and regulations administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"). Your confirmation of coverage lists the benefits which include those listed herein.

Policy benefits include Emergency Medical Benefits up to the limits listed in your COC for Medical Expense (including hospitalization), and Medical Evacuation/Repatriation of Remains benefits up to the limits listed on your COC.

The Emergency Medical Benefits and Emergency Medical Evacuation/Repatriation of Remains are available for an Insured who becomes ill with the Coronavirus (Covid-19), and the injury must first occur while on a Trip, or the injury must first begin, or the Sickness must first begin, while covered under this Policy.

In addition to the medical benefits this Policy includes Trip Delay Benefits up to the limit listed in your COC per person which may include lodging arrangements, meals, telephone calls, and local transportation while delayed for a covered reason.

**Extension of Coverage:**
If the Insured's return is delayed by one of the unforeseen events (including a covered quarantine) specified in the Policy under Trip Cancellation and Trip Interruption or Trip Delay, coverage will automatically extend to the date the Insured reaches his/her return destination and benefits will be paid up to the Policy limits, as long as the Insured returns as soon as he/she is fit to fly, or once his/her quarantine period is over.

Travel Assistance is included on Policy TBB235628. In the event of an emergency, reference the contact information on your Confirmation of Coverage.

This letter is for informational purposes only. All capitalized words have the meaning provided in the Policy. Please see the enclosed Policy that outlines the details/terms of the plan. All terms, conditions, limitations, and exclusions of the policy apply.

Kind Regards,

Sally Dunlap

Sally Dunlap
Senior VP Risk, Compliance & Administration
Travelex Insurance Services, Inc.

** This is a reimbursement policy. The policyholder may be reimbursed for eligible expenses incurred while on your covered trip up to the stated limits based on the terms and conditions of the policy. Documentation must be submitted to our claim administrator for consideration of reimbursement. See the Policy on how to file a claim. **

# Confirmation of Coverage



Thank you for your purchase of Travelex Insurance Service's Travel Basic plan. We appreciate the trust you have placed in us. This document confirms your travel protection plan purchase. Please carefully review the information below.

| Confirmation Number: | TBB235624 | Location Number: | 32-0908 |
| Primary Insured: | Mathew Sher | Plan Number: | TBB-VIR-1220 |
| | 176 Broadway | Brochure Code: | TBB-VIR-1220 |
| | Apt 5d | | |
| | New York, NY 10038 | | |

| | | Policy Effective Dates | |
| Departure Date: | 04/16/2022 | Trip Cancellation: | 03/17/2022 |
| Return Date: | 04/23/2022 | Post Departure: | 04/16/2022 |
| Coverage: | Trip Cancellation | | |

| Insured | Trip Cost | Plan Cost |
| Mathew Sher | $1,469.00 | $80.00 |
| Stacie Sher | $1,469.00 | $80.00 |
| Ruby Sher | $1,469.00 | $46.00 |
| Benjamin Sher | $1,469.00 | $46.00 |
| | | $252.00 |

Total Policy Cost:

Beneficiary: POLICY DESIGNATED

App Access Code: USA/Sher

| Plan Benefits | Maximum Coverage Per Person |
| Trip Cancellation | 100% of Insured Trip Cost |
| Trip Interruption | 100% of Insured Trip Cost |
| Frequent Traveler Benefit | $200 |
| Trip Delay | $500 ($250/day) |
| Missed Connection | $500 |
| Baggage/Personal Effects | $500 |
| Baggage Delay | $100 |
| Emergency Medical & Dental Expense | $15,000 ($500 dental sublimit) |
| Emergency Evacuation & Repatriation | $100,000 |
| Accidental Death & Dismemberment | $10,000 |
| Travel Assistance Services | Included |
| Car Rental Collision Upgrade | None |
| AD&D Common Carrier Air Only Upgrade | None |

Confirmation Number: TBB235624    Plan Number: TBB-VIR-1220

# Confirmation of Coverage

**Take this Confirmation of Coverage and your Policy with you on your trip.**

All policy benefits and coverage is determined at time of claim and any reason for cancellation must occur after the Effective Date of the policy. Benefits are not payable during travel to a country subject to OFAC sanctions or when the Insured or Beneficiary is subject to OFAC Sanctions.

Travel Insurance is underwritten by Berkshire Hathaway Specialty Insurance Company; NAIC #22276, under Policy Form series (all states except as otherwise noted) PG-TA-IPL-USE. In KS, MN, MO, MT, OR, and VA Policy Form series PG-TA-IPL-NV. In CA Policy Form # PT-TA-IPL-CAEAH, CO Policy Form # PG-TA-IPL-COEAH and PG-TA-IPL-COEIM, IL Policy Form # PG-TA-IPL-ILE, IN Policy Form # PG-TA-IPL-INEAH and PG-TA-IPL-NVIM, MD Policy Form # PG-TA-IPL-MDE, NH Policy Form # PG-TA-IPL-NHE, NY Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-NVAH-NV, PA Policy Form # PG-TA-IPL-USIM and PG-TA-IPL-NVAH-PA, TX Policy Form # PG-TA-IPL-TXEAH and PG-TA-IPL-TXEIM, WA Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-WEAH.

**FINANCIAL DEFAULT COVERAGE:** Financial default coverage is included if the plan was purchased within 15 days of initial trip deposit.

**CANCEL FOR BUSINESS REASONS COVERAGE:** Cancel for Business Reasons coverage is included if the plan was purchased within 15 days of initial trip deposit.

**AGGREGATE TRIP COST LIMIT:** Trip Cancellation coverage is for the Trip Cost, not to exceed $200,000 in aggregate trip cost, for all covered travelers on the same policy.

**COVID-19 COVERAGE:** Covid-19 is treated like any other illness under the policy and is subject to all the same benefits, limitations, and exclusions listed in the policy details. If quarantined at your destination, coverage will automatically extend to the date you reach your return destination and benefits will be paid up to the policy limits, as long as you return as soon as you are fit to fly or once your quarantine period is over. For questions, please visit www.travelexinsurance.com/Covid19.

---

| | |
|---|---|
| **Confirmation Number: TBB235624** | **Plan Number: TBB-VIR-1220** |

**PLAN CHANGES PRIOR TO YOUR TRIP DEPARTURE?**

Submit your change online under the
Plan Holders tab at [ ].

**QUESTIONS PRIOR TO YOUR TRIP DEPARTURE?**

8:00am - 7:00pm CST, M-F
800.504.7883

**NEED EMERGENCY ASSISTANCE WHILE TRAVELING?**
World Travel Protection
24 Hours a Day, 7 Days a Week
844.215.1672 (within USA & Canada)
647.775.8042 (outside USA & Canada)

**EXPERIENCE A LOSS & NEED TO FILE A CLAIM?**
Berkshire Hathaway Specialty Insurance Company
File a Claim Online at [ ]
Download 'Travelex Insurance' on Google Play or iTunes
7:00am - 7:00pm CST, M-F
855.205.6054
715.303.6328 (fax)
BHSIC, P.O. Box 2986, Clinton, IA 52733



# Confirmation of Coverage

**This document is required for certain countries that have entry requirements. This page as well as the email and full Confirmation of Coverage should be presented to your destination country to satisfy any entry requirements.** If you have questions, you may contact our Customer Solutions Department at 800.504.7883. Please ensure that you take your Confirmation of Coverage ("COC") and Policy with you on your trip.

3/16/2022

Re: Travelex Insurance Services, Inc. - TBB235624

To Whom it May Concern:

This letter along with the Travel Insurance Policy is to confirm coverage for Matthew Sher, Stacie Sher, Ruby Sher, Benjamin Sher for the period of 04/16/2022 to 04/23/2022. Travelex Insurance Services, Inc. ("Travelex") offers travel protection and worldwide coverage subject to all United States of America economic or trade sanction laws or regulations, including, but not limited to, sanctions, laws and regulations administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"). Your confirmation of coverage lists the Policy benefits which include those listed herein.

Policy benefits include Emergency Medical Benefits up to the limits listed in your COC for Medical Expense (including hospitalization), and Medical Evacuation/Repatriation of Remains benefits up to the limits listed on your COC.

The Emergency Medical Benefits and Emergency Medical Evacuation/Repatriation of Remains are available for an insured who becomes ill with the Coronavirus (Covid-19), the Sickness must first begin, or the Injury must first occur while on a Trip, while covered under this Policy.

In addition to the medical benefits this Policy includes Trip Delay Benefits up to the limit listed in your COC per person which may include lodging arrangements, meals, telephone calls, and local transportation while delayed for a covered reason.

**Extension of Coverage:**
If the Insured's return is delayed by one of the unforeseen events (including a covered quarantine) specified in the Policy under Trip Cancellation and Trip Interruption or Trip Delay, coverage will automatically extend to the date the Insured reaches his/her return destination and benefits will be paid up to the Policy limits, as long as the Insured returns as soon as he/she is fit to fly, or once his/her quarantine period is over.

Travel Assistance is included on Policy TBB235624. In the event of an emergency, reference the contact information on your Confirmation of Coverage.

This letter is for informational purposes only. All capitalized words have the meaning provided in the Policy. Please see the enclosed Policy that outlines the details/terms of the plan. All terms, conditions, limitations, and exclusions of the policy apply.

Kind Regards,

*Sally Dunlap*

Sally Dunlap
Senior VP Risk, Compliance & Administration
Travelex Insurance Services, Inc.

** This is a reimbursement policy. The policyholder may be reimbursed for eligible expenses incurred while on your covered trip up to the stated limits based on the terms and conditions of the policy. Documentation must be submitted to our claim administrator for consideration of reimbursement. See the Policy on how to file a claim. **



Print double-sided to produce a Confirmation of Coverage card you can cut out and take with you on your trip

| Plan Benefits | Maximum Coverage Per Person |
|---|---|
| Trip Cancellation | 100% of Insured Trip Cost |
| Trip Interruption | 100% of Insured Trip Cost |
| Frequent Traveler Benefit | $200 |
| Trip Delay | $500 ($250/day) |
| Missed Connection | $500 |
| Baggage/Personal Effects | $500 |
| Baggage Delay | $100 |
| Emergency Medical & Dental Expense | $15,000 ($500 dental sublimit) |
| Emergency Evacuation & Repatriation | $100,000 |
| Accidental Death & Dismemberment | $10,000 |
| Travel Assistance Services | Included |
| Car Rental Collision Upgrade | None |
| AD&D Common Carrier Air Only Upgrade | None |

**Confirmation Number: TBB23562S**  **Plan Number: TBB-VIR-1220**

---

# Confirmation of Coverage

Thank you for your purchase of Travelex Insurance Service's Travel Basic plan. We appreciate the trust you have placed in us. This document confirms your travel protection plan purchase. Please carefully review the information below.

| | |
|---|---|
| **Confirmation Number:** | TBB23562S |
| **Primary Insured:** | David Kaplan |
| | 12 Welwyn Rd |
| | Great Neck, NY 11021 |
| **Plan Number:** | TBB-VIR-1220 |
| **Brochure Code:** | TBB-VIR-1220 |
| **Location Number:** | 32-0908 |

**Policy Effective Dates**

| | | |
|---|---|---|
| **Departure Date:** | 04/16/2022 | |
| **Return Date:** | 04/23/2022 | |
| | Trip Cancellation | |
| **Trip Cancellation:** | 03/17/2022 | |
| **Post Departure:** | 04/16/2022 | |

**Coverage:** Trip Cancellation

| Insured | Trip Cost | Plan Cost |
|---|---|---|
| David Kaplan | $1,399.00 | $80.00 |
| Danielle Sheer Kaplan | $1,399.00 | $46.00 |
| Jonathan Kaplan | $1,399.00 | $46.00 |
| Zachary Dov Sher | $1,399.00 | $46.00 |
| | | $218.00 |

**Total Policy Cost**

**Beneficiary:** POLICY DESIGNATED

**App Access Code:** USA/Kaplan



# Confirmation of Coverage

**Take this Confirmation of Coverage and your Policy with you on your trip.**

All policy benefits and coverage is determined at time of claim and any reason for cancellation must occur after the Effective Date of the policy. Benefits are not payable during travel to a country subject to OFAC sanctions or when the Insured or Beneficiary is subject to OFAC Sanctions.

Travel Insurance is underwritten by Berkshire Hathaway Specialty Insurance Company; NAIC #22276, under Policy Form series (all states except as otherwise noted) PG-TA-IPL-USE. In KS, MN, MO, MT, OR, and VA Policy Form series PG-TA-IPL-NV. In CA Policy Form # PT-TA-IPL-CAEAH, CO Policy Form # PG-TA-IPL-COEAH and PG-TA-IPL-COEIM, IL Policy Form # PG-TA-IPL-ILE, IN Policy Form # PG-TA-IPL-INEAH and PG-TA-IPL-INVIM, MD Policy Form # PG-TA-IPL-MDE, NH Policy Form # PG-TA-IPL-NHE, NY Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-NVAH-NY, PA Policy Form # PG-TA-IPL-USIM and PG-TA-IPL-NVAH-PA, TX Policy Form # PG-TA-IPL-TXEAH and PG-TA-IPL-TXEIM, WA Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-WEAH.

**FINANCIAL DEFAULT COVERAGE:** Financial default coverage is included if the plan was purchased within 15 days of initial trip deposit.

**CANCEL FOR BUSINESS REASONS COVERAGE:** Cancel for Business Reasons coverage is included if the plan was purchased within 15 days of initial trip deposit.

**AGGREGATE TRIP COST LIMIT:** Trip Cancellation coverage is for the Trip Cost, not to exceed $200,000 in aggregate trip cost, for all covered travelers on the same policy.

**COVID-19 COVERAGE:** Covid-19 is treated like any other illness under the policy and is subject to all the same benefits, limitations, and exclusions listed in the policy details. If quarantined at your destination, coverage will automatically extend to the date you reach your return destination and benefits will be paid up to the policy limits, as long as you return as soon as you are fit to fly or once your quarantine period is over. For questions, please visit www.travelexinsurance.com/Covid19.

---

| | |
|---|---|
| **Confirmation Number:** TBB23562S | **Plan Number:** TBB-VIR-1220 |

**QUESTIONS PRIOR TO YOUR TRIP DEPARTURE?**
8:00am – 7:00pm CST, M-F
800.504.7883

**NEED EMERGENCY ASSISTANCE WHILE TRAVELING?**
**World Travel Protection**
24 Hours a Day, 7 Days a Week
844.215.1672 (within USA & Canada)
647.775.8042 (outside USA & Canada)

**PLAN CHANGES PRIOR TO YOUR TRIP DEPARTURE?**
Submit your change online under the
Plan Holders tab at ████████

**EXPERIENCE A LOSS & NEED TO FILE A CLAIM?**
**Berkshire Hathaway Specialty Insurance Company**
File a Claim Online at ████████
Download 'Travelex Insurance' on Google Play or iTunes
7:00am – 7:00pm CST, M-F
855.205.6054
715.303.6328 (fax)
BHSIC, P.O. Box 2986, Clinton, IA 52733





**This document is required for certain countries that have entry requirements.** This page as well as the email and full Confirmation of Coverage should be presented to your destination country to satisfy any entry requirements. If you have questions, you may contact our Customer Solutions Department at 800.504.7883. **Please ensure that you take your Confirmation of Coverage ("COC") and Policy with you on your trip.**

3/16/2022

Re: Travelex Insurance Services, Inc. - TBB235625

To Whom It May Concern:

This letter along with the Travel Insurance Policy is to confirm coverage for David Kaplan, Danielle Sheer Kaplan, Jonathan Kaplan, Zachary Dov Sher for the period of 04/16/2022 to 04/23/2022. Travelex Insurance Services, Inc. ("Travelex") offers travel protection and worldwide coverage subject to all United States of America economic or trade sanction laws or regulations, including, but not limited to, sanctions, laws and regulations administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"). Your Confirmation of Coverage lists the Policy benefits which include those listed herein.

Policy benefits include Emergency Medical Benefits up to the limits listed in your COC for Medical Expense (including hospitalization), and Medical Evacuation/Repatriation of Remains benefits up to the limits listed on your COC.

The Emergency Medical Benefits and Emergency Medical Evacuation/Repatriation of Remains are available for an Insured who becomes ill with the Coronavirus (Covid-19), the Sickness must first begin, or the Injury must first occur while on a Trip, while covered under this Policy.

In addition to the medical benefits this Policy includes Trip Delay Benefits up to the limit listed in your COC per person which may include lodging arrangements, meals, telephone calls, and local transportation while delayed for a covered reason.

*Extension of Coverage:*
If the Insured's return is delayed by one of the unforeseen events (including a covered quarantine) specified in the Policy under Trip Cancellation and Trip Interruption or Trip Delay, coverage will automatically extend to the date the Insured reaches his/her return destination and benefits will be paid up to the Policy limits, as long as the Insured returns as soon as he/she is fit to fly, or once his/her quarantine period is over.

Travel Assistance is included on Policy TBB235625. In the event of an emergency, reference the contact information on your Confirmation of Coverage.

This letter is for informational purposes only. All capitalized words have the meaning provided in the Policy. Please see the enclosed Policy that outlines the details/terms of the plan. All terms, conditions, limitations, and exclusions of the policy apply.

Kind Regards,

*Sally Dunlap*

Sally Dunlap
Senior VP Risk, Compliance & Administration
Travelex Insurance Services, Inc.

** This is a reimbursement policy. The policyholder may be reimbursed for eligible expenses incurred while on your covered trip up to the stated limits based on the terms and conditions of the policy. Documentation must be submitted to our claim administrator for consideration of reimbursement. See the Policy on how to file a claim. **

# Confirmation of Coverage

Thank you for your purchase of Travelex Insurance Service's Travel Basic plan. We appreciate the trust you have placed in us. This document confirms your travel protection plan purchase. Please carefully review the information below.

| Confirmation Number: | TBB235623 | Location Number: | 32-0908 |
|---|---|---|---|
| Primary Insured: | Michael Kaplan | Plan Number: | TBB-VIR-1220 |
| | 23 Sleepy Hollow Rd | Brochure Code: | TBB-VIR-1220 |
| | Ryebrook, NY, 10573 | | |

**Policy Effective Dates**

| Departure Date: | 04/16/2022 | Trip Cancellation: | 03/17/2022 |
|---|---|---|---|
| Return Date: | 04/23/2022 | Post Departure: | 04/16/2022 |
| Coverage: | Trip Cancellation | | |

| Insured | Trip Cost | Plan Cost |
|---|---|---|
| Michael Kaplan | $1,397.00 | $80.00 |
| Lauren Kaplan | $1,397.00 | $80.00 |
| Hudson Kaplan | $1,397.00 | $46.00 |
| Owen Kaplan | $1,397.00 | $46.00 |
| **Total Policy Cost:** | | $252.00 |

**Beneficiary:** POLICY DESIGNATED

**App Access Code:** USA/Kaplan

---

**Confirmation Number:** TBB235623  **Plan Number:** TBB-VIR-1220

| Plan Benefits | Maximum Coverage Per Person |
|---|---|
| Trip Cancellation | 100% of Insured Trip Cost |
| Trip Interruption | 100% of Insured Trip Cost |
| Frequent Traveler Benefit | $200 |
| Trip Delay | $500 ($250/day) |
| Missed Connection | $500 |
| Baggage/Personal Effects | $500 |
| Baggage Delay | $100 |
| Emergency Medical & Dental Expense | $15,000 ($500 dental sublimit) |
| Emergency Evacuation & Repatriation | $100,000 |
| Accidental Death & Dismemberment | $10,000 |
| Travel Assistance Services | Included |
| Car Rental Collision Upgrade | None |
| AD&D Common Carrier Air Only Upgrade | None |





# Confirmation of Coverage

**Take this Confirmation of Coverage and your Policy with you on your trip.**

All policy benefits and coverage is determined at time of claim and any reason for cancellation must occur after the Effective Date of the policy. Benefits are not payable during travel to a country subject to OFAC sanctions or when the Insured or Beneficiary is subject to OFAC Sanctions.

Travel Insurance is underwritten by Berkshire Hathaway Specialty Insurance Company, NAIC #22276, under Policy Form series (all states except as otherwise noted) PG-TA-IPL-USE, in KS, MN, MO, MT, OR, and VA Policy Form series PG-TA-IPL-NV, in CA Policy Form # PT-TA-IPL-CAEAH, CO Policy Form # PG-TA-IPL-COEAH and PG-TA-IPL-COEIM, IL Policy Form # PG-TA-IPL-ILE, IN Policy Form # PG-TA-IPL-INEAH and PG-TA-IPL-NVIM, MD Policy Form # PG-TA-IPL-MDE, NH Policy Form # PG-TA-IPL-NHE, NY Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-NVAH-NV, PA Policy Form # PG-TA-IPL-USIM and PG-TA-IPL-NVAH-PA, TX Policy Form # PG-TA-IPL-TXEAH and PG-TA-IPL-TXEIM, WA Policy Form # PG-TA-IPL-NVIM and PG-TA-IPL-WAEAH.

**FINANCIAL DEFAULT COVERAGE:** Financial default coverage is included if the plan was purchased within 15 days of initial trip deposit.

**CANCEL FOR BUSINESS REASONS COVERAGE:** Cancel for Business Reasons coverage is included if the plan was purchased within 15 days of initial trip deposit.

**AGGREGATE TRIP COST LIMIT:** Trip Cancellation coverage is for the Trip Cost, not to exceed $200,000 in aggregate trip cost, for all covered travelers on the same policy.

**COVID-19 COVERAGE:** Covid-19 is treated like any other illness under the policy and is subject to all the same benefits, limitations, and exclusions listed in the policy details. If quarantined at your destination, coverage will automatically extend to the date you reach your return destination and benefits will be paid up to the policy limits, as long as you return as soon as you are fit to fly or once your quarantine period is over. For questions, please visit www.travelexinsurance.com/Covid19.

| Confirmation Number: TBB235623 | Plan Number: TBB-VIR-1220 |
|---|---|
| **PLAN CHANGES PRIOR TO YOUR TRIP DEPARTURE?** | **NEED EMERGENCY ASSISTANCE WHILE TRAVELING?** |
| Submit your change online under the Plan Holders tab at [redacted] | **World Travel Protection** 24 Hours a Day, 7 Days a Week 844.215.1672 (within USA & Canada) 647.775.8042 (outside USA & Canada) [redacted] |
| **QUESTIONS PRIOR TO YOUR TRIP DEPARTURE?** | **EXPERIENCE A LOSS & NEED TO FILE A CLAIM?** |
| 800.504.7883 8:00am – 7:00pm CST, M-F | File a Claim Online at [redacted] Berkshire Hathaway Specialty Insurance Company Download Travelex Insurance® on Google Play or iTunes 7:00am – 7:00pm CST, M-F 855.205.6054 |
| | 715.303.6328 (fax) BHSIC, P.O. Box 2986, Clinton, IA 52733 |

# Confirmation of Coverage



**This document is required for certain countries that have entry requirements.** This page as well as the email and full Confirmation of Coverage should be presented to your destination country to satisfy any entry requirements. If you have questions, you may contact our Customer Solutions Department at 800.504.7883. **Please ensure that you take your Confirmation of Coverage ("COC") and Policy with you on your trip.**

3/16/2022

Re: Travelex Insurance Services, Inc. – TBB235623

To Whom It May Concern:

This letter along with the Travel Insurance Policy is to confirm coverage for Michael Kaplan, Lauren Kaplan, Hudson Kaplan, Owen Kaplan for the period of 04/16/2022 to 04/23/2022. Travelex Insurance Services, Inc. ("Travelex") offers travel protection and worldwide coverage subject to all United States of America economic or trade sanction laws or regulations, including, but not limited to, sanctions, laws and regulations administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

Your confirmation of coverage lists the Policy benefits which include those listed herein.

Policy benefits include Emergency Medical Benefits up to the limits listed in your COC for Medical Expense (including hospitalization), and Medical Evacuation/Repatriation of Remains benefits up to the limits listed on your COC.

The Emergency Medical Benefits and Emergency Medical Evacuation/Repatriation of Remains are available for an Insured who becomes ill with the Coronavirus (Covid-19), the Sickness must first begin, or the injury must first occur while on a Trip, while covered under this Policy.

In addition to the medical benefits this Policy includes Trip Delay Benefits up to the limit listed in your COC per person which may include lodging arrangements, meals, telephone calls, and local transportation while delayed for a covered reason.

Extension of Coverage:
If the Insured's return is delayed by one of the unforeseen events (including a covered quarantine) specified in the Policy under Trip Cancellation and Trip Interruption or Trip Delay, coverage will automatically extend to the date the Insured reaches his/her return destination and benefits will be paid up to the Policy limits, as long as the Insured returns as soon as he/she is fit to fly, or once his/her quarantine period is over.

Travel Assistance is included on Policy TBB235623. In the event of an emergency, reference the contact information on your Confirmation of Coverage.

This letter is for informational purposes only. All capitalized words have the meaning provided in the Policy. Please see the enclosed Policy that outlines the details/terms of the plan. All terms, conditions, limitations, and exclusions of the policy apply.

Kind Regards,

*Sally Dunlap*

Sally Dunlap
Senior VP Risk, Compliance & Administration
Travelex Insurance Services, Inc.

\*\* This is a reimbursement policy. The policyholder may be reimbursed for eligible expenses incurred while on your covered trip up to the stated limits based on the terms and conditions of the policy. Documentation must be submitted to our claim administrator for consideration of reimbursement. See the Policy on how to file a claim. \*\*

# Travel Itinerary

**Reservation Status:** Confirmed

**Booking Number:** 15902733

PNR Record Locator: 7V2YGY

Date Booked: 08/5/19

| Traveler | Traveler Name | Age | Frequent Filer Number |
|---|---|---|---|
| #1 | Michael Justin Kaplan | Adult | |
| #2 | Lauren Kaplan | Adult | |
| #3 | Hudson Kaplan | 2 | |
| #4 | Owen Kaplan | 4 | |

**Flight - PNR 7V2YGY**

Flight - Times listed are based on local time in each departure and destination city.

| Date | Flight | Travelers |
|---|---|---|
| 10-Apr-20 | New York-JFK, NY (JFK) to Cancun, Mexico (CUN) DL0438 9:00 A.M - 12:20 P.M DL0438 Non Stop Service Aircraft: Boeing 737-900 Q/Main Cabin | ALL |
| 17-Apr-20 | Cancun, Mexico (CUN) to New York-JFK, NY (JFK) DL0327 3:45 P.M - 8:48 P.M DL0327 Non Stop Service Aircraft: Boeing 737-900 Q/Main Cabin | ALL |

**This ticket is changeable up to departure / refundable up to 10 days prior to departure. Fees may apply.**

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|
| 10-Apr-20 | Hotel 1 Hyatt Ziva Cancun Al OF Double Number of nights: 7 | ALL |

Added Values: Environmental Tax - Not Included - Round Trip Transfers – Tour Credit

# Travel Itinerary

| | |
|---|---|
| Reservation Status: **Confirmed** | PNR Record Locator: **MFZ7Q** |
| Booking Number: **16583030** | Date Booked: 07/27/21 |

Deposit due — by 9:00pm CT 07/28/21

Balance due on 9:00pm CT 03/17/22

To confirm this reservation, payment must be applied by the deposit and/or total payment dates above or the booking will be cancelled.

Note: Prices and product availability are guaranteed as long as payment is received by the due date indicated. Your reservation will automatically cancel if payment is not applied by the due date. Please contact your booking agent to apply payment.

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | David Scott Kaplan | Adult — 9210956389 | 9210956389 |
| #2 | Danielle Shear Kaplan | 10 — 904966731q | 904966731q |
| #3 | Jonathan Scott Kaplan | 12 — 929493694S | 929493694S |
| #4 | Zachary Dov Sher | OvT — 90705S2605 | 90705S2605 |

**Flight** - Times listed are based on local time in each departure and destination city.

| Flight | **PNR MFZ7Q** | | |
|---|---|---|---|
| Date | Flight | | Travelers |
| 16-Apr-22 | New York-JFK, NY (JFK) to Montego Bay, Jamaica (MBJ) | | 4 |
| | DL1955 8:00 A.M - 11:10 A.M | | |
| | DL1955 Non Stop Service | | |
| | Aircraft: Boeing 737-900 H/Main Cabin | | |
| 23-Apr-22 | Montego Bay, Jamaica (MBJ) to New York-JFK, NY (JFK) | | |
| | DL1957 12:10 P.M - 5:02 P.M | | |
| | DL1957 Non Stop Service | | |
| | Aircraft: Boeing 737-900 M/Main Cabin | | |

This ticket is changeable up to departure / nonrefundable. Fees may apply.

| Flight | **PNR MFZOAR** | | |
|---|---|---|---|
| Date | Flight | | Travelers |
| 16-Apr-22 | New York-JFK, NY (JFK) to Montego Bay, Jamaica (MBJ) | | 1,3,2 |
| | DL1955 8:00 A.M - 11:10 A.M | | |
| | DL1955 Non Stop Service | | |
| | Aircraft: Boeing 737-900 H/Main Cabin | | |
| 23-Apr-22 | Montego Bay, Jamaica (MBJ) to New York-JFK, NY (JFK) | | |
| | DL1957 12:10 P.M - 5:02 P.M | | |
| | DL1957 Non Stop Service | | |
| | Aircraft: Boeing 737-900 B/Main Cabin | | |

This ticket is changeable up to departure. Fees may apply.

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|

16-Apr-22  ALL  Hotel 1 Hyatt Ziva Rose Hall AI Ocean View Double
Number of nights: 7

Added Values: Exclusive All Inclusive Plus - Round Trip Transfers - Tour Credit

Terms and Advisements: Important COVID-19 Information - In-Hotel COVID Testing Included

## Booking Summary

| | Amount in USD |
|---|---|
| Package Price | $9,885.62 |
| Total Payments** | $0.00 |

**Includes pending payments and excludes scheduled payments

| | |
|---|---|
| Deposit due by 9:00pm CT 07/28/21 | $4,291.36 |
| Balance due on 03/17/22 | $5,594.26 |

## Cancel Fees

| | |
|---|---|
| If cancelled before 03/17/22 | your fee will be $4,291.36 USD |
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $4,691.36 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $5,891.36 USD. |
| If cancelled after 04/12/22 | your fee will be $9,885.62 USD or non-refundable |

# Travel Itinerary

| | |
|---|---|
| Reservation Status: **Confirmed** | PNR Record Locator: **2F3CUW** |
| Booking Number: **16583007** | Date Booked: 07/27/21 |

Deposit due    by 9:00pm CT 07/28/21
Balance due on 9:00pm CT 03/17/22

To confirm this reservation, payment must be applied by the deposit and/or total payment dates above or the booking will be cancelled.

**Note:** Prices and product availability are guaranteed as long as payment is received by the due date indicated. Your reservation will automatically cancel if payment is not applied by the due date. Please contact your booking agent to apply payment.

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | Matthew Charles Sher | Adult | 20202355566 Delta Air Lines / SkyMiles |
| #2 | Stacie Jennifer Sher | Adult " | |
| #3 | Ruby Mikaela Sher | 10 ~ 9395022453 | |
| #4 | Benjamin Max Sher | 17 ~ 9195005880 | |

**Flight**

### PNR 2F3CUW

**Flight** - Times listed are based on local time in each departure and destination city.

| Date | Flight | Travelers |
|---|---|---|
| 16-Apr-22 | New York-JFK, NY (JFK) to Montego Bay, Jamaica (MBJ)<br>DL1955 8:00 A.M - 11:10 A.M<br>DL1955 Non Stop Service<br>Aircraft: Boeing 737-900 H/Main Cabin | ALL |
| 23-Apr-22 | Montego Bay, Jamaica (MBJ) to New York-JFK, NY (JFK)<br>DL1957 12:10 P.M - 5:02 P.M<br>DL1957 Non Stop Service<br>Aircraft: Boeing 737-900 B/Main Cabin | ALL |

*(handwritten: 3:30 ~ 8:30 4hr    4hr)*

This ticket is changeable up to departure / nonrefundable. Fees may apply.

**Hotel** - Price Includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|
| 16-Apr-22 | Hotel 1 Hyatt Ziva Rosa Hall All Ocean View Double<br>Number of nights: 7 | ALL |

Added Values: Exclusive All Inclusive Plus - Round Trip Transfers - Tour Credit

Terms and Advisements: Important COVID-19 Information - In-Hotel COVID Testing Included

| Booking Summary | Amount in USD |
|---|---|
| Package Price | $10,275.62 |
| Discount Amount | $300.00 |
| Discounted Package Price | $9,975.62 |
| Total Payments** | $0.00 |

**Includes pending payments and excludes scheduled payments

| | |
|---|---|
| Deposit due by 9:00pm CT 07/28/21 | $4,401.36 |
| Balance due on 03/17/22 | $5,574.26 |

**Cancel Fees**

| | |
|---|---|
| If cancelled before 03/17/22 | your fee will be $4,401.36 USD |
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $4,801.36 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $6,001.36 USD. |
| If cancelled after 04/12/22 | your fee will be $9,975.62 USD or non-refundable |

# Travel Itinerary

**Reservation Status:** Confirmed

**Booking Number:** 15902745

**PNR Record Locator:** 7V4VJD

**Date Booked:** 08/5/19

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | Matthew Charles Sher | Adult | |
| #2 | Stacia Jennifer Sher | Adult | |
| #3 | Ruby Mikaela Sher | 8 | |
| #4 | Benjamin Max Sher | 15 | |

*Flight - Times listed are based on local time in each departure and destination city.*

| | Flight | PNR 7V4VJD |
|---|---|---|
| **Date** | **Flight** | **Travelers** |
| 10-Apr-20 | New York-JFK, NY (JFK) to Cancun, Mexico (CUN)<br>DL0438 9:00 A.M - 12:20 P.M<br>DL0438 Non Stop Service<br>Aircraft: Boeing 737-900 Q/Main Cabin | ALL |
| 17-Apr-20 | Cancun, Mexico (CUN) to New York-JFK, NY (JFK)<br>DL0327 3:45 P.M - 8:48 P.M<br>DL0327 Non Stop Service<br>Aircraft: Boeing 737-900 Q/Main Cabin | ALL |

*This ticket is changeable up to departure / refundable up to 10 days prior to departure. Fees may apply.*

**Hotel - Price includes accommodations and hotel taxes.**

| Date | Hotel Info | Travelers |
|---|---|---|
| 10-Apr-20 | Hotel 1 Hyatt Ziva Cancun AI OF Double<br>Number of nights: 7 | ALL |

Added Values: Environmental Tax - Not Included - Round Trip Transfers - Tour Credit

*(handwritten annotations)* Run 5/8 for 5 people.

# Travel Itinerary

| | |
|---|---|
| **Reservation Status:** Confirmed | |
| **Booking Number:** 15902767 | |

PNR Record Locator: 7V4YLA
Date Booked: 08/5/19

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | David Scott Kaplan | Adult | |
| #2 | Danielle Shear Kaplan | 8 | |
| #3 | Jonathan Scott Kaplan | 10 | |
| #4 | Zachary Dov Sher | Adult → S/B w/ Shear Family |

**Flight** - Times listed are based on local time in each departure and destination city.

| Flight | PNR 7V4YLA |
|---|---|

| Date | Flight | Travelers |
|---|---|---|
| 10-Apr-20 | New York-JFK, NY (JFK) to Cancun, Mexico (CUN) | 1,2,3 |
| | DL0438 9:00 A.M - 12:20 P.M | |
| | DL0438 Non Stop Service | |
| | Aircraft: Boeing 737-900 O/Main Cabin | |
| 17-Apr-20 | Cancun, Mexico (CUN) to New York-JFK, NY (JFK) | |
| | DL0327 3:45 P.M - 8:48 P.M | |
| | DL0327 Non Stop Service | |
| | Aircraft: Boeing 737-900 O/Main Cabin | |

This ticket is changeable up to departure / refundable up to 10 days prior to departure. Fees may apply.

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|
| 10-Apr-20 | Hotel 1 Hyatt Ziva Cancun AI OF Double | ALL |
| | Number of nights: 3 | |
| | Added Values: Environmental Tax - Not Included - Round Trip Transfers - Tour Credit | |
| 13-Apr-20 | Hotel 2 Hyatt Ziva Cancun AI OF Double | 1,2,3 |
| | Number of nights: 4 | |
| | Added Values: Environmental Tax - Not Included - Round Trip Transfers - Tour Credit | |

# Travel Itinerary

_Michael's itinerary is missing -_

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | Robert Jay Kaplan | Adult | 2084445267 Delta Air Lines / SkyMiles |
| #2 | Ina Gaye Kaplan | Adult | 2084445291 Delta Air Lines / SkyMiles |

**Flight** - Times listed are based on local time in each departure and destination city.

### Flight

### PNR LV3P9X

| Date | Flight | Travelers |
|---|---|---|
| 10-Apr-20 | New York-JFK, NY (JFK) to Cancun, Mexico (CUN)<br>DL0438 9:00 A.M - 12:20 P.M<br>DL0438 Non Stop Service<br>Aircraft: Boeing 737-900 Q/Main Cabin | ALL |
| 17-Apr-20 | Cancun, Mexico (CUN) to New York-JFK, NY (JFK)<br>DL0327 3:45 P.M - 8:48 P.M<br>DL0327 Non Stop Service<br>Aircraft: Boeing 737-900 Q/Main Cabin | ALL |

**This ticket is changeable up to departure / refundable up to 10 days prior to departure. Fees may apply.**

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|
| 10-Apr-20 | Hotel 1 Hyatt Ziva Cancun AI ClubOF Kg<br>Number of nights: 7 | ALL |

Added Values: Environmental Tax - Not Included - Round Trip Transfers - Tour Credit

**From:** Estelle.Ferguson@service.americanexpress.com,
**To:** rjkbarjan@aol.com,
**Subject:** Kaplan Group JFKMBJ April 16-25 2022- REVISED CONTRACT
**Date:** Mon, Aug 2, 2021 9:43 am

Good Morning Mr. Kaplan,

728301 points would be equal to a credit of $7283.01 to apply towards the tickets.

The cost of the tickets is $9804.42

This would leave a balance of $2521.41.  Of course if you use points for something else or accrue new points before we ticket, this balance amount would be adjusted accordingly.

Le me know if you have additional questions.

Thanks!

*Note: Please review confirmation documents for payment schedule and cancellation fees.

Estelle Ferguson  |  Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday – Friday 9:00am - 5:30pm  EST

To view your travel booking details online, please visit

---

Hi Estelle

I will be sending the signed contract to you today but before I do, I wanted to find out how much the flights will be after I use my Am Ex points. As of my May statement I have 728,301 points on my platinum card. I should have more than that now.

Thank you for all your help

Best Regards,
Bob Kaplan

Kaplan Group JFKMBJ April 16-25 2022- REVISED CONTRACT

Robert Kaplan
President
Barjan Manufacturing Ltd.
28 Bating Place Rd.
Farmingdale, NY 11735
phone (631) 420-5588
fax (631) 420-5599

# Travel Itinerary

Reservation Status: **Confirmed**

Booking Number: **16582998**

PNR Record Locator: **MF79P**
Date Booked: 07/27/21

Deposit due **by 9:00pm CT 07/28/21**
Balance due on **9:00pm CT 03/17/22**

To confirm this reservation, payment must be applied by the deposit and/or total payment dates above or the booking will be cancelled.

Note: Prices and product availability are guaranteed by the due date indicated. Your reservation will automatically cancel if payment is not applied by the due date. Please contact your booking agent to apply payment.

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | Michael Justin Kaplan | Adult – 44151742009 | 9002471514b |
| #2 | Lauren Kaplan | Adult – 916 98800742 | 2470098431916 |
| #3 | Hudson Kaplan | 7 – 1 | 0709834429 – 3 |
| #4 | Owen Kaplan | | 591070150165 |

## Flight

### PNR MF79P

**Flight - Times listed are based on local time in each departure and destination city.**

| Flight | | Travelers |
|---|---|---|
| **Date** | **Flight** | |
| 16-Apr-22 | New York-JFK, NY (JFK) to Montego Bay, Jamaica (MBJ)<br>DL1955 8:00 A.M - 11:10 A.M<br>DL1955 Non Stop Service<br>Aircraft: Boeing 737-900 H/Main Cabin | ALL |
| 23-Apr-22 | Montego Bay, Jamaica (MBJ) to New York-JFK, NY (JFK)<br>DL1957 12:10 P.M - 5:02 P.M<br>DL1957 Non Stop Service<br>Aircraft: Boeing 737-900 M/Main Cabin | ALL |

This ticket is changeable up to departure / nonrefundable. Fees may apply.

## Hotel - Price includes accommodations and hotel taxes.

| Hotel Info | | Travelers |
|---|---|---|
| **Date** | | |
| 16-Apr-22 | Hotel 1 Hyatt Ziva Rose Hall Al Ocean View Double<br>Number of nights: 7 | ALL |

Added Values: Exclusive All Inclusive Plus - Round Trip Transfers - Tour Credit

Terms and Advisements: Important COVID-19 information - In-Hotel COVID Testing Included

## Booking Summary

| | Amount in USD |
|---|---|
| Package Price | $9,546.62 |
| Total Payments** | $0.00 |

**Includes pending payments and excludes scheduled payments

Deposit due by 9:00pm CT 07/28/21 | $3,961.36
Balance due on 03/17/22 | $5,585.26

## Cancel Fees

If cancelled before 03/17/22 your fee will be **$3,961.36 USD**

| | |
|---|---|
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $4,361.36 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $5,561.36 USD. |
| If cancelled after 04/12/22 | your fee will be $9,546.62 USD or non-refundable |

AMERICAN EXPRESS TRAVEL.

# KAPLAN GROUP/DELTA AIRLINES

Per our contract with Delta Airlines for the KAPLAN Group traveling Saturday, April 16 2022 from New York JFK Airport to Montego Bay Jamaica returning on Monday, April 25, 2022, please note the following:

Delta Airlines block space is being held for 13 passengers as listed on the following itinerary:

| FLIGHTS | ITINERARY | DATE | TIMES | # OF PASSENGERS |
|---|---|---|---|---|
| DL1955 JFK – Montego Bay JM | | 16APR22 | 8:00am – 11:10am | 13 |
| DL1957/Montego Bay JM – JFK | | 25APR22 | 12:10pm – 5:02pm | 13 |

11 coach seats at a per person airfare of $524.00 plus taxes of approximately $184.34 in economy class.

2 coach seats at a per person airfare of $643.00 plus taxes of approximately $184.34 in economy class

*Taxes, passenger facility charges, fees or any other surcharges which are assessed by governmental authorities or the airport directly on air travel are subject to change until travel reservations are ticketed.*

*American Express ticketing fees are waived for tickets issued by December 31, 2021.*
After December 31, 2021, a $39.00 per ticket fee applies with the American Express Business Platinum card.

All ticketing will be done electronically; no paper tickets will be issued.

*Delta Airlines reserves the right to change its flight schedules without notice.*

*Fares shown above are per person.*

*This itinerary requires a valid United States passport, which must be valid for at least 6 months after the return date of travel. Additional requirements may apply for non-United States Citizens. If any minors under the age of 18 are traveling without both parents present, a legal letter of authorization from any absent parent(s) may be required.*

*We recommend that you check any requirements or restrictions that may impact your travel, prior to booking and prior to any cancellation deadlines and dates of travel, as travel provider and government policies are continuing to change. For more information, please visit our COVID-19 Travel Hub on AmexTravel.com*

*Based on current restrictions, you will need to get tested no more than 3 days before your return flight to the United States. Please review and monitor CDC guidelines.*

## DEADLINES AND RESTRICTIONS

- Please return this signed agreement by 5:00pm ET Friday, August 6, 2021.

- Last day to cancel your group without penalty is **Monday, December 13, 2021.** After December 13, 2021 and prior to ticketing, you may reduce by 10% or 1 of 13 seats without penalty. Additional reductions will incur a Delta Airlines penalty of $200.00 per each cancelled seat.

- Final payment, along with all full legal names exactly as they appear on the valid US passports being used for travel, as well as dates of birth and gender is required by **Monday, January 3, 2022.** **Note:** In order for the $39.00 per ticket fee to be waived, authorization for final payment and ticketing will be due by **December 15, 2021.**

- 1 free name change per passenger is allowed up to 72 business hours prior to travel. Additional name changes will incur a fee of $150.00 per each change.

- All tickets are non-refundable once issued. Future changes may incur a fee of $200.00 plus any fare difference. Changes must be made prior to scheduled departure or the ticket will have no value. *Travel on the rebooked itinerary must be completed within one year from the date of ticket issuance. Change fees are currently being waived but change fee waiver policies are subject to change until the tickets are issued.*

- A minimum of 10 passengers is required for group travel. Should the group drop below 10 seats, the contracted group space will be cancelled, and the itinerary will need to be repriced based on current individual published fares. If the group drops below 10 seats after **December 13, 2021,** a penalty of $200.00 per each seat will be assessed by Delta Airlines.

- All seat selection is at the discretion of Delta Airlines and will be released once the names have been added and ticketing has been authorized. Seats cannot be guaranteed and are subject to change at any time, especially in the event of a schedule/equipment change. Please submit names list in the order you wish the group to be seated.

- Travel is valid roundtrip on Delta Airlines only.

- *Please be advised that additional airline fees may apply for checked baggage, increased fuel surcharges and in flight services. The charges are at the discretion of the airline and can change at any time. Please visit* ~~www.delta.com~~ *prior to your flight for the most up to date list of fees.*

American Express Travel will begin providing reservation and ticketing services upon the agreement being signed and any changes or cancellations following this would be according to the terms of this agreement.

Please indicate your agreement to the above terms and conditions by signing below.

AMERICAN EXPRESS TRAVEL
SERVICES COMPANY, INC.

KAPLAN GROUP

By: Estelle M. Ferguson
Title: Group Travel Consultant
Date: July 29, 2021

By: Robert Kaplan
Title: Group Leader
Date: 8/2/2021

*Emailed To me on 7/29/21 @ 6:52 PM*

# Travel Itinerary

| | |
|---|---|
| **Reservation Status:** Confirmed | |
| **Booking Number:** 16582975 | PNR Record Locator: MF6GDL |
| | **Date Booked:** 07/27/21 |

To confirm this reservation, payment must be applied by the deposit and/or total payment dates above
or the booking will be cancelled.

**Deposit due** by 9:00pm CT 07/28/21
**Balance due on** 9:00pm CT 03/17/22

Note: Prices and product availability are guaranteed by the due date indicated. Your reservation
will automatically cancel if payment is not applied by the due date. Please contact your booking agent to apply payment.

| Traveler | Traveler Name | Age | Frequent Flier Number |
|---|---|---|---|
| #1 | Robert Jay Kaplan | Adult | 2084445287 Delta Air Lines / SkyMiles |
| #2 | Ina Gaye Kaplan | Adult | 2084445291 Delta Air Lines / SkyMiles |

**Flight** - Times listed are based on local time in each departure and destination city.

**PNR MF6GDL**

| Flight | | | |
|---|---|---|---|
| Date | Flight | | Travelers |
| 16-Apr-22 | New York-JFK, NY (JFK) to Montego Bay, Jamaica (MBJ)<br>DL1955 8:00 A.M - 11:10 A.M<br>DL1955 Non Stop Service<br>Aircraft: Boeing 737-900 H/Main Cabin | | ALL |
| 23-Apr-22 | Montego Bay, Jamaica (MBJ) to New York-JFK, NY (JFK)<br>DL1957 12:10 P.M - 5:02 P.M<br>DL1957 Non Stop Service<br>Aircraft: Boeing 737-900 M/Main Cabin | | ALL |

**This ticket is changeable up to departure / nonrefundable. Fees may apply.**

**Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel Info | Travelers |
|---|---|---|
| 16-Apr-22 | Hotel 1 Hyatt Ziva Rose Hall AI Ocean Front Junior S<br>Number of nights: 7 | ALL |

Added Values: Exclusive All Inclusive Plus - Round Trip Transfers - Tour Credit

Terms and Advisements: Important COVID-19 Information - In-Hotel COVID Testing Included

| Booking Summary | Amount in USD |
|---|---|
| Package Price | $7,151.94 |
| Discount Amount | $300.00 |
| **Discounted Package Price** | $6,851.94 |
| **Total Payments**** | $0.00 |
| Deposit due by 9:00pm CT 07/28/21 | $1,980.68 |
| Balance due on 03/17/22 | $4,871.26 |

**Indudes pending payments and excludes scheduled payments

| Cancel Fees | |
|---|---|
| If cancelled before 03/17/22 | your fee will be $1,980.68 USD |



| | |
|---|---|
| If cancelled between 03/17/22 and 04/05/22 | your fee would be $2,180.68 USD. |
| If cancelled between 04/06/22 and 04/12/22 | your fee would be $2,780.68 USD. |
| If cancelled after 04/12/22 | your fee will be $6,851.94 USD or non-refundable |

**Delta Air Lines Group & Specialty Sales Center**
Phone: 1-844-201-9356/email: DSSPremiumGroups@delta.com
8:00A - 8:00P Eastern Time / Monday - Friday

## SEAT ASSIGNMENTS
## 14JAN2022

**Customer Information:**
ESTELLE FERGUSON
E-mail: ESTELLE.M.FERGUSON@AEXP.COM

**Do not reply to this e-mail as it is a send-only box. The correct contact information is located at the top of this letter.**

Thank you for choosing Delta Air Lines and our Joint Venture Partners. Please find the list of your group's seat assignments listed below.

GROUP INFORMATION:
**PREMTR KAPLAN #2083334**
*SubGroupA* - *Group Size:* 11          | *Record Locator(s):* **GFCBE8**

Itinerary:

| Carr/Flt# | Date | Departure | Arrival | Product |
|---|---|---|---|---|
| DL / 1955 | 16APR2022 | JFK 815A | MBJ 1119A | Main Cabin |

DEPART: ( JFK ) Kennedy Intl Ny          ARRIVE: ( MBJ ) Montego Bay Jm

| Carr/Flt# | Date | Departure | Arrival | Product |
|---|---|---|---|---|
| DL / 1957 | 23APR2022 | MBJ 1250P | JFK 544P | Main Cabin |

DEPART: ( MBJ ) Montego Bay Jm          ARRIVE: ( JFK ) Kennedy Intl Ny

**Seat Selection/Revision Policy:** Due to schedule and equipment changes may occur up until the departure date, seat assignments are not guaranteed. Only one voluntary seat revision is permitted. Seat change request must be submitted via email 30 days or less prior to departure.

**Seat Assignments:**
--------

1. DL 1955H 16APRJFKMBJ

2. KAPLAN/DANIELLASHEER          3. KAPLAN/DAVIDSCOTT
   RS JFKMBJ 26A                    RS JFKMBJ 26B

4. KAPLAN/HUDSON                 5. KAPLAN/JONATHANSCOTT
   RS JFKMBJ 26C                    RS JFKMBJ 26D

6. KAPLAN/LAUREN        RS JFKMBJ 26E     7. KAPLAN/MICHAELJUSTIN   RS JFKMBJ 26F

8. KAPLAN/OWEN         RS JFKMBJ 27A     9. SHER/BENJAMINMAX       RS JFKMBJ 27B

10. SHER/MATTHEWCHARLES  RS JFKMBJ 27C    11. SHER/RUBYMIKAELA      RS JFKMBJ 27D

12. SHER/STACIEJENNIFER
RS JFKMBJ 27E

---

2. DL 1957B 23APRMBJJFK

2. KAPLAN/DANIELLASHEER   RS MBJJFK 28A    3. KAPLAN/DAVIDSCOTT      RS MBJJFK 28B

4. KAPLAN/HUDSON         RS MBJJFK 28C    5. KAPLAN/JONATHANSCOTT   RS MBJJFK 28D
6. KAPLAN/LAUREN         RS MBJJFK 28E    7. KAPLAN/MICHAELJUSTIN   RS MBJJFK 28F

8. KAPLAN/OWEN          RS MBJJFK 29A    9. SHER/BENJAMINMAX       RS MBJJFK 29B

10. SHER/MATTHEWCHARLES   RS MBJJFK 29C    11. SHER/RUBYMIKAELA      RS MBJJFK 29D

12. SHER/STACIEJENNIFER
RS MBJJFK 29E

>

========

SubGroupB - Group Size: 2          | Record Locator(s): GS4EDO

**Itinerary:**

| Carr/Flt# | Date | Departure | Arrival | Product |
|---|---|---|---|---|
| DL / 1955 | 16APR2022 | JFK 815A | MBJ 1119A | Main Cabin |

DEPART: ( JFK ) Kennedy Intl Ny        ARRIVE: ( MBJ ) Montego Bay Jm

| DL / 1957 | 23APR2022 | MBJ1250P | JFK 544P | Main Cabin |

DEPART: ( MBJ ) Montego Bay Jm        ARRIVE: ( JFK ) Kennedy Intl Ny

**Seat Selection/Revision Policy:** Due to schedule and equipment changes may occur up until the departure date, seat assignments are not guaranteed. Only one voluntary seat revision is permitted. Seat change request must be submitted via email 30 days or less prior to departure.

**Seat Assignments:**

1. DL 1955M 16APRJFKMBJ

| | |
|---|---|
| 2. KAPLAN/INAGAYE<br>RS JFKMBJ 15F | 3. KAPLAN/ROBERTJAY<br>RS JFKMBJ 15E |

---

2. DL 1957B 23APRMBJJFK

| | |
|---|---|
| 2. KAPLAN/INAGAYE<br>RS MBJJFK 14C | 3. KAPLAN/ROBERTJAY<br>RS MBJJFK 14B |

Document generated Fri, 14 January 2022 14:18:19
Any changes made after this time are not reflected below

# Travel Arrangements for KAPLAN/DAVID SCOTT

KAPLAN/JONATHAN SCOTT
KAPLAN/DANIELLA SHEER
KAPLAN/HUDSON
KAPLAN/MICHAEL JUSTIN
KAPLAN/OWEN
KAPLAN/LAUREN
SHER/STACIE JENNIFER
SHER/MATTHEW CHARLES
SHER/BENJAMIN MAX
SHER/RUBY MIKAELA

| American Express Travel Record Locator | Agent Details |
|---|---|
| MSHRDY | American Express Travel |

Travel policies change, so we recommend that you check relevant government websites (for your destinations of travel) and your travel supplier websites—both prior to any cancellation deadlines and your dates of travel. For additional resources, please visit our _____. To cancel an upcoming booking, please visit the "My Trips" section of _____.

To view your booking, please visit manage my booking

## E-Ticket Number(s)

| | |
|---|---|
| KAPLAN/D | Ticket DL 0067661953346-14JAN |
| KAPLAN/J | Ticket DL 0067661953347-14JAN |
| KAPLAN/D | Ticket DL 0067661953348-14JAN |
| KAPLAN/H | Ticket DL 0067661953349-14JAN |
| KAPLAN/M | Ticket DL 0067661953350-14JAN |
| KAPLAN/O | Ticket DL 0067661953351-14JAN |
| KAPLAN/L | Ticket DL 0067661953352-14JAN |
| SHER/S | Ticket DL 0067661953353-14JAN |
| SHER/M | Ticket DL 0067661953354-14JAN |
| SHER/B | Ticket DL 0067661953355-14JAN |
| SHER/R | Ticket DL 0067661953356-14JAN |



# Travel Details
## Saturday 16 Apr 22

### Flight Information

| | | | |
|---|---|---|---|
| Airline Record Locator | GFCBE8 | | |
| Airline | Delta Air Lines | **Confirmed** | |
| Flight | DL 1955 | Estimated Time | 4 Hrs 4 Mins |
| Origin | New York, | Montego Bay, | Equipment | Boeing 737-900 |
| Destination | Sangster International | Refreshmnt/Pur | Meal |
| Departing | 08:15 AM | Member of Stops | Non-stop |
| Arriving | 11:19 AM | | |
| Departure Terminal | Terminal 4 | | |
| Class | H Economy Class | | |
| Seats | 26A, 26B, 26C, 26D, 26E, 26F, 27A, 27B, 27C, 27D, 27E | | |

# Travel Details
## Saturday 23 Apr 22

### Flight Information

| | | | |
|---|---|---|---|
| Airline Record Locator | GFCBE8 | | |
| Airline | Delta Air Lines | **Confirmed** | |
| Flight | DL 1957 | Estimated Time | 3 Hrs 54 Mins |
| Origin | Montego Bay, | New York, | Equipment | Boeing 737-900 |
| Destination | John F Kennedy International | Sangster International | Refreshmnt/Pur | Meal |
| Departing | 12:50 PM | Member of Stops | Non-stop |
| Arriving | 05:44 PM | | |
| Arrival Terminal | Terminal 4 | | |
| Class | B Economy Class | | |
| Seats | 28A, 28B, 28C, 28D, 28E, 28F, 29A, 29B, 29C, 29D, 29E | | |

Thank You For Choosing American Express Travel Services

## Terms and Conditions

All products and services included in this itinerary are subject to the terms and conditions of American Express, as defined herein, and the Suppliers, as defined in the Important Travel Notices, Terms and Conditions and Other Important Notices referenced herein, (collectively, "Terms"). No employee, representative, or agent of American Express Company, its subsidiaries and affiliates, including, without limitation, American Express Travel Related Services Company, Inc., (collectively, "American Express", "we", "our", "us") has authority to modify these Terms.

Your reservation/purchase may be non-refundable and non-cancellable. Any cancellation or change, if permitted, is subject to the policies of the Suppliers that you selected. At the time of reservation/purchase, your credit/charge card may be charged the total cost of the Supplier products and services that you selected, including government-imposed taxes and fees and certain Supplier-imposed fees (but excluding any mandatory hotel-imposed charges that may be applicable upon check out from the hotel). You may see separate charges on your credit/charge card statement (from American Express and from the Suppliers you selected). Subject to hotel cancellation policies, certain mandatory hotel-imposed charges are payable by you to the property upon check-out (e.g., mandatory resort fees); any incidental charges that you make during your stay will be charged to you by the property upon check-out, including but not limited to parking, phone calls, internet access, and room service. Subject to hotel cancellation policies, if you want to modify your existing reservation, your existing reservation may need to be cancelled and a new reservation made. Some Suppliers have age requirements/restrictions; please check with the Supplier for more information. Your reservation/purchase includes the products/services that you selected, therefore, if baggage, seat-selection, or similar ancillary items were not included in those products/services, additional Supplier fees may apply. If you purchased a flight, your flight is not confirmed until ticketed. Once ticketed, the name on the ticket cannot be changed and tickets are non-transferable, if permitted, changes to your reservation/purchase are subject to the policies of the Suppliers that you selected. If permitted, and you choose to change your reservation/purchase, you may incur a change fee. If cancellation is permitted, you may incur a cancellation fee. The amount of the cancellation fee will depend on the policies of the Supplier that you selected. Upon receipt, you are responsible for promptly reviewing your reservation/purchase confirmation/itinerary for accuracy and immediately notifying us of any errors.

You acknowledge that you are responsible for knowing and complying with all government-imposed travel policies, requirements, and restrictions, as

# AMERICAN EXPRESS TRAVEL

# Travel Arrangements for KAPLAN/ROBERT JAY
# KAPLAN/INA GAYE

| American Express Travel Record Locator KPPXYA | Agent Details |
| --- | --- |
| | American Express Travel |

Travel policies change, so we recommend that you check relevant government websites (for your destinations of travel) and your travel supplier websites—both prior to any cancellation deadlines and your dates of travel. For additional resources, please visit our ......................... To cancel an upcoming booking, please visit the "My Trips" section of .............................

To view your booking, please visit manage my booking

## E-Ticket Number(s)

| KAPLAN/R | Ticket DL 0067661953344-14JAN |
| --- | --- |
| KAPLAN/I | Ticket DL 0067661953345-14JAN |

| Travel Details | Saturday 16 Apr 22 |
| --- | --- |

### Flight Information

| Airline Record Locator | GS4EDO | | |
| --- | --- | --- | --- |
| Airline | Delta Air Lines | Estimated Time | Confirmed |
| Flight | DL 1955 | Equipment | 4 Hrs 4 Mins |
| Origin | New York, | Number of Stops | Boeing 737-900 |
| Destination | Montego Bay, | | Refresh'mnt'Pur |
| Departing | 08:15 AM | | Non-stop |
| Arriving | 11:19 AM | | |
| Departure Terminal | Terminal 4 | | |
| Class | M Economy Class | | |
| Seats | 15F, 15E | | |

New York, John F Kennedy International
Montego Bay, Sangster International

| Travel Details | Saturday 23 Apr 22 |
| --- | --- |

### Flight Information

| Airline Record Locator | GS4EDO | | |
| --- | --- | --- | --- |
| Airline | Delta Air Lines | Estimated Time | Confirmed |
| Flight | DL 1957 | Equipment | 3 Hrs 54 Mins |
| Origin | Montego Bay, | Number of Stops | Boeing 737-900 |
| Destination | New York, | | Refresh'mnt'Pur |
| Departing | 12:50 PM | | Non-stop |
| Arriving | 05:44 PM | | |
| Arrival Terminal | Terminal 4 | | |
| Class | B Economy Class | | |
| Seats | 14C, 14B | | |

Montego Bay, Sangster International
New York, John F Kennedy International

Thank You For Choosing American Express Travel Services

**From:** Lisa Mazzillo <lisa@powertravel.net>
**To:** Rjkbarjan <rjkbarjan@aol.com>
**Subject:** Hyatt Ziva Cancun 11APR-18APR20
**Date:** Thu, Jul 25, 2019 5:58 pm
**Attachments:** image004.gif (137K)

Hi Ina and Bobby,
Take a look and let me know what you think.

Here are the four rooms. Zach is still not added here. Once you decide you like this option, we will add him. To give you an idea of cost, had he been able to stay the whole time, the cost would have been $3147 including the air. Hard to tell how much it will be when you confirm but use this as a guide.

We are quoting Ocean Front Rooms. If you are looking to save a little bit of money, we can down grade any of the rooms (based on views) except Stacie's because it needs to be able to fit Zack when he comes.

Once you all review and like this, passport names will be needed so we can hold this since the air changes daily. I will be able to hold this with all the passport names. Next week is a better time to come in, tomorrow is a bad day for me.

Let me know as soon as you can!!

Lisa

| | | |
|---|---|---|
| 11-Apr-20 | New York-JFK, NY (JFK) to Cancun, Mexico (CUN)<br>DL0438 9:00 AM - 12:20 PM<br>Aircraft: Boeing 737-900 Q/Main Cabin Stops: 0<br>△ DELTA | ALL |
| 18-Apr-20 | Cancun, Mexico (CUN) to New York-JFK, NY (JFK)<br>DL0787 1:20 PM - 6:14 PM<br>Aircraft: Boeing 737-900 M/Main Cabin Stops: 0<br>△ DELTA | ALL |

This ticket is **changeable up to departure / refundable up to 10 days prior to departure. Fees may apply.**

* **Hotel** - Price includes accommodations and hotel taxes.

| Date | Hotel | Travelers | |
|------|-------|-----------|---|
| 11-Apr-20 | Hotel 1<br>Hyatt Ziva Cancun AI Ocean Front King<br>Number of nights: 7 | 2 adults | $5938.57 |

Added Values: Environmental Tax - Not Included - Round Trip Transfers - Tour Credit

| Date | Hotel | Travelers | |
|------|-------|-----------|---|
| 11-Apr-20 | Hotel 2<br>Hyatt Ziva Cancun AI Ocean Front Double<br>Number of nights: 7 | 2 adults, child age 2, child age 5 | $9097.34 |

Added Values: Environmental Tax - Not Included - Round Trip Transfers - Tour Credit

| Date | Hotel | Travelers | |
|------|-------|-----------|---|
| 11-Apr-20 | Hotel 3<br>Hyatt Ziva Cancun AI Ocean Front Double<br>Number of nights: 7 | 1 adult, child age 9, child age 11 | $7875.18 |

Added Values: Environmental Tax - Not Included - Round Trip Transfers - Tour Credit

| Date | Hotel | Travelers | |
|------|-------|-----------|---|
| 11-Apr-20 | Hotel 1<br>Hyatt Ziva Cancun AI Dolphin View Master Double<br>Number of nights: 7 | 2 adults, child age 9, child age 16, | $10,430.42 |

Booking Summary                                      Amount In USD

**Total for all 4 rooms $33,341.51**

1Attached Images



**From:** Estelle.Ferguson@service.americanexpress.com,
**To:** rjkbarjan@aol.com,
**Subject:** Kaplan group - Ticketing/points redemption/seats
**Date:** Fri, Jan 21, 2022 1:55 pm



Hi Mr. Kaplan,

Your points have been applied.  Please let me know if you need anything else. Have a great weekend!

Thanks!


*Note: Please review confirmation documents for payment schedule and cancellation fees.


Estelle Ferguson | Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday - Friday 9:00am - 5:30pm  EST


To view your travel booking details online, please visit


Hi Mr. Kaplan,

Your group has been ticketed.  We can apply points once the charges post to your account, which should be by next week.  You have 731,148 points which will give you a credit of $7311.48 towards the total cost.  I will let you know once they are processed.

I sent you the itineraries with ticket numbers. Please review for accuracy.

Now that the group is ticketed, Delta has released your seating list.  Please review the attached list and let me know if you have any questions or concerns.

I will be back in the office Monday at 9:00am EST if you have any questions. Thanks so much and have a great weekend.

Estelle


*Note: Please review confirmation documents for payment schedule and cancellation fees.

**From:** Estelle.Ferguson@service.americanexpress.com,
**To:** rjkbarjan@aol.com,
**Subject:** Kaplan Signed Contract: Delta tickets Revised 8/11/21
**Date:** Sat, Nov 20, 2021 11:35 am



Good Morning Mr. Kaplan,

I hope you and your family are doing well.

Delta has notified me of a schedule change on your flights for April. The new times are highlighted in yellow below. Please let me know if you have any questions or concerns.,

DL1955 JFK – Montego Bay JM  16APR22 8:15am - 11:25am  (previous times 8:00am – 11:10am)
DL1957/Montego Bay JM – JFK    23APR22 12:45pm - 5:37pm   (previous times 12:10pm – 5:02pm)

**Also just a reminder that December 13 is the deadline to cancel/reduce your un-ticketed group without penalty.**

Please send names as they match the passports, dates of birth and gender by January 3.  Our ticket fees have been eliminated indefinitely, so we will be able to wait until the deadline to ticket your group in January without any additional ticketing fees.

 11 seats at $998.34 per ticket = $10,981.74
 2 seats at $1161.34 per ticket = $  2322.68

Your response is required to complete this reservation.  Prices and availability are subject to change.
• Total air reservation, including taxes and fees:  $13,304.42
• Includes $0.00 non-refundable fee per ticket.
• Any changes will be subject to an additional $0.00 non-refundable fee per ticket.
• Ticket is non-refundable; $0.00 change/cancel penalty applies plus difference in fare.  Delta is currently waiving future reissue fees. However, change fee waiver policies and amounts are subject to change until time of ticketing. Please reply to this email and provide your authorization to proceed.

Prices above include airline taxes which are subject to change and recalculated at time of ticketing.

*Please check any requirements or restrictions that may impact your travel, prior to booking and prior to any cancellation deadlines and dates of travel, as travel provider and government policies are continuing to change. This includes: Requirements for the countries you are visiting, Requirements for the countries you are transiting through, requirements while in country, requirements to return to the United States. For more information, please visit our COVID-19 Travel Hub on AmexTravel.com and country specific Government websites.*

*Based on current restrictions, you will need to get Covid Tested before your return flight to the United States. Timelines vary from 1-3 days prior, depending on your vaccination status.  Please visit the CDC website for details and guidelines and continue to monitor for updates. Information is subject to change at any time.*

All products and services included in this itinerary are subject to the terms and conditions of American Express, as defined herein, and the Suppliers, as defined in the ~~American Express Notice Terms and Conditions~~, which are incorporated herein and form part of these itinerary terms and conditions, including, without limitation, the ~~~~

[illegible] and [illegible] referenced therein, (collectively, "Terms"). No employee, representative, or agent of American Express Company, its subsidiaries and affiliates, including, without limitation, American Express Travel Related Services Company, Inc., (collectively, "American Express", "we", "our", "us") has authority to modify these Terms.

Your reservation/purchase may be non-refundable and non-cancellable. Any cancellation or change, if permitted, is subject to the policies of the Suppliers that you selected. At the time of reservation/purchase, your credit/charge card may be charged the total cost of the Supplier products and services that you selected, including government-imposed taxes and fees and certain Supplier-imposed fees (but excluding any mandatory hotel-imposed charges that may be applicable upon check out from the hotel). You may see separate charges on your credit/charge card statement (from American Express and from the Suppliers you selected). If applicable, certain mandatory hotel-imposed charges are payable to the property upon check-out (e.g., mandatory resort fees); any incidental charges that you make during your stay will be charged to you by the property upon check-out, including but not limited to parking, phone calls, internet access, and room service. Subject to hotel cancellation policies, if you want to modify your hotel reservation, your existing reservation may need to be cancelled and a new reservation made. Some Suppliers have age requirements/restrictions; please check with the Supplier for more information. Your reservation/purchase includes the products/services that you selected; therefore, if baggage, seat-selection, or similar ancillary items were not included in those products/services, additional Supplier fees may apply. If you purchased a flight, your flight is not confirmed until ticketed. Once ticketed, the name on the ticket cannot be changed and tickets are non-transferable. If permitted, changes to your reservation/purchase are subject to the policies of the Supplier that you selected. If permitted, and you choose to change your reservation/purchase, you may incur a change fee, and any difference in the fare attributable to the change. If your reservation/purchase is with multiple Suppliers, and if cancellation is permitted by one Supplier and not the other, you will not be refunded for the portion of your trip for which cancellations are not permitted and you will be required to cancel your entire trip. If cancellation is permitted, you may incur a cancellation fee. The amount of the cancellation fee will depend on the policies of the Supplier that you selected. Upon receipt, you are responsible for promptly reviewing your reservation/purchase confirmation/itinerary for accuracy and immediately notifying us of any errors.

You acknowledge that you are responsible for knowing and complying with all government-imposed and Supplier-imposed travel policies, requirements, and restrictions, as well as any changes thereto, including without limitation visa and other international entry requirements, COVID-19 testing and vaccination requirements (including documentation thereof), wearing of masks, and completion of health forms. As these policies, requirements, and restrictions are constantly changing, please check Suppliers' websites and relevant government websites for your destinations of travel, prior to any cancellation deadlines and your dates of travel, including without limitation [illegible], and [illegible]. We are not responsible for informing you of such policies, requirements, or restrictions, or any changes thereto, and are not liable for your non-compliance therewith. Please visit our [illegible] for additional resources.

The following terms and conditions may be applicable to your reservation and are incorporated herein and form part of these Terms, as applicable:

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

American Express Travel Related Services Company, Inc. is acting solely as a sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. Certain suppliers pay us commission and other incentives for reaching sales targets or other goals and may provide incentives to our travel consultants. For more information visit [illegible]. California CST#1022318 and Washington UBI#600-469-694

Have a great weekend and a very Happy Thanksgiving Holiday!

Kind Regards,

*Note: Please review confirmation documents for payment schedule and cancellation fees.

Estelle Ferguson | Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday - Friday 9:00am - 5:30pm EST


To view your travel booking details online, please visit

Thank you!  You are all set now until December.  Let me know if you need anything before then.

Stay well.

Estelle



*Note: Please review confirmation documents for payment schedule and cancellation fees.

Estelle Ferguson | Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday - Friday 9:00am - 5:30pm EST


To view your travel booking details online, please visit

Hello Estelle

Attached please find our signed copy of the Delta Airlines contract for our family trip in April.

If there is anything else that I need to do please let me know.

Many Thanks
   Bob


Robert Kaplan
President
Barjan Manufacturing Ltd.
28 Baiting Place Rd.
Farmingdale, NY 11735
phone  (631) 420-5588
fax     (631) 420-5599

DISCLAIMER: The content of this e-mail is confidential and intended solely for the use of the addressee. The text of this email
(including any attachments) may contain information, which is proprietary and/or confidential or privileged in nature belonging to
Barjan Manufacturing LTD and/or its associates/ partner companies/ subsidiaries/ parent companies. If you are not the addressee, or
the person responsible for delivering it to the addressee, any disclosure, copying, distribution or any action taken or omitted to be
taken in reliance on it is prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender and
remove this communication entirely from your system.

## ▲ DELTA 

## **Delta Air Lines Group & Specialty Sales Center**
Phone: 1-844-201-9356/email: DSSPremiumGroups@delta.com
8:00A - 8:00P Eastern Time / Monday - Friday

### **SEAT ASSIGNMENTS**
### 09AUG2021

---

**Customer Information:**
ESTELLE FERGUSON
E-mail: ESTELLE.M.FERGUSON@AEXP.COM

**Do not reply to this e-mail as it is a send-only box. The correct contact information is located at the top of this letter.**

Thank you for choosing Delta Air Lines and our Joint Venture Partners. Please find the list of your group's seat assignments listed below.

GROUP INFORMATION:
**PREMTB KAPLAN #2083234**
 *SubGroupA* - **Group Size: 11**     | *Record Locator(s):* **GFCBE8**

**Itinerary:**

| Carr/Flt# | Date | Departure | Arrival | Product |
|-----------|------|-----------|---------|---------|
| DL / 1955 | 16APR2022 | JFK 800A | MBJ 1110A | Main Cabin |

DEPART: ( JFK ) Kennedy Intl Ny     ARRIVE: ( MBJ ) Montego Bay Jm

| Carr/Flt# | Date | Departure | Arrival | Product |
|-----------|------|-----------|---------|---------|
| DL / 1957 | 23APR2022 | MBJ1210P | JFK 502P | Main Cabin |

DEPART: ( MBJ ) Montego Bay Jm     ARRIVE: ( JFK ) Kennedy Intl Ny

**Seat Selection/Revision Policy:** Due to schedule and equipment changes may occur up until the departure date, seat assignments are not guaranteed. Only **one** voluntary seat revision is permitted. Seat change request must be submitted via email 30 days or less prior to departure.

**Seat Assignments:**
‾‾‾‾‾‾‾

1. DL 1955H 16APRJFKMBJ

| 1.1 G/PREMTBKAPLAN | 1.2 G/PREMTBKAPLAN |
|---|---|
| RS JFKMBJ 26A | RS JFKMBJ 26B |

| 1.3 G/PREMTBKAPLAN | 1.4 G/PREMTBKAPLAN |
|---|---|
| RS JFKMBJ 26C | RS JFKMBJ 26D |

1.5 G/PREMTBKAPLAN
RS JFKMBJ 26E

1.6 G/PREMTBKAPLAN
RS JFKMBJ 26F

1.7 G/PREMTBKAPLAN
RS JFKMBJ 27A

1.8 G/PREMTBKAPLAN
RS JFKMBJ 27B

1.9 G/PREMTBKAPLAN
RS JFKMBJ 27C

1.10 G/PREMTBKAPLAN
RS JFKMBJ 27D

1.11 G/PREMTBKAPLAN
RS JFKMBJ 27E

2. DL 1957B 23APRMBJJFK

1.1 G/PREMTBKAPLAN
RS MBJJFK 28A

1.2 G/PREMTBKAPLAN
RS MBJJFK 28B

1.3 G/PREMTBKAPLAN
RS MBJJFK 28C

1.4 G/PREMTBKAPLAN
RS MBJJFK 28D

1.5 G/PREMTBKAPLAN
RS MBJJFK 28E

1.6 G/PREMTBKAPLAN
RS MBJJFK 28F

1.7 G/PREMTBKAPLAN
RS MBJJFK 29A

1.8 G/PREMTBKAPLAN
RS MBJJFK 29B

1.9 G/PREMTBKAPLAN
RS MBJJFK 29C

1.10 G/PREMTBKAPLAN
RS MBJJFK 29D

1.11 G/PREMTBKAPLAN
RS MBJJFK 29E

&gt;

-------

*SubGroupB - Group Size:* **2**     | *Record Locator(s):* **GS4EDO**

**Itinerary:**

| Carr/Flt# | Date | Departure | Arrival | Product |
|---|---|---|---|---|
| DL / 1955 | 16APR2022 | JFK 800A | MBJ 1110A | Main Cabin |

DEPART: ( JFK ) Kennedy Intl Ny     ARRIVE: ( MBJ ) Montego Bay Jm

| | | | | |
|---|---|---|---|---|
| DL / 1957 | 23APR2022 | MBJ1210P | JFK 502P | Main Cabin |

DEPART: ( MBJ ) Montego Bay Jm     ARRIVE: ( JFK ) Kennedy Intl Ny

**Seat Selection/Revision Policy:** Due to schedule and equipment changes may occur up until the departure date, seat assignments are not guaranteed. Only **one** voluntary seat revision is permitted. Seat change request must be submitted via email 30 days or less prior to departure.

## Seat Assignments:

1. DL 1955M 16APRJFKMBJ

1.1  G/PREMTBKAPLAN   1.2  G/PREMTBKAPLAN
 RS JFKMBJ 25A     RS JFKMBJ 25B

2. DL 1957B 23APRMBJJFK

1.1  G/PREMTBKAPLAN   1.2  G/PREMTBKAPLAN
 RS MBJJFK 14C     RS MBJJFK 14B

# KAPLAN GROUP/DELTA AIRLINES- Revised 05AUG21

Per our contract with Delta Airlines for the KAPLAN Group traveling Saturday, April 16 2022 from New York JFK Airport to Montego Bay Jamaica returning on Saturday, April 23, 2022, please note the following:

**Delta Airlines block space is being held for 13 passengers as listed on the following itinerary:**

| FLIGHTS     ITINERARY | DATE | TIMES | # OF PASSENGERS |
|---|---|---|---|
| DL1955 JFK – Montego Bay JM | 16APR22 | 8:00am – 11:10am | 13 |
| DL1957/Montego Bay JM – JFK | 23APR22 | 12:10pm – 5:02pm | 13 |

11 coach seats at a per person airfare of **$814.00** plus taxes of approximately **$184.34** in economy class.
2 coach seats at a per person airfare of **$977.00** plus taxes of approximately **$184.34** in economy class

*Taxes, passenger facility charges, fees or any other surcharges which are assessed by governmental authorities or the airport directly on air travel are subject to change until reservations are ticketed.*

*American Express ticketing fees are waived for tickets issued by December 31, 2021.*
After December 31, 2021, a $39.00 per ticket fee applies paying with the American Express Business Platinum card.

All ticketing will be done electronically; no paper tickets will be issued.

*Delta Airlines reserves the right to change its flight schedules without notice.*

*Fares shown above are per person.*

*This itinerary requires a valid United States passport, which must be valid for at least 6 months after the return date of travel. Additional requirements may apply for non-United States Citizens. If any minors under the age of 18 are traveling without both parents present, a legal letter of authorization from any absent parent(s) may be required.*

*We recommend that you check any requirements or restrictions that may impact your travel, prior to booking and prior to any cancellation deadlines and dates of travel, as travel provider and government policies are continuing to change. For more information, please visit our COVID-19 Travel Hub on AmexTravel.com*

*Based on current restrictions, you will need to get tested no more than 3 days before your return flight to the United States. Please review and monitor CDC guidelines.*

## DEADLINES AND RESTRICTIONS
- Please return this signed agreement by **5:00pm ET Friday, August 13, 2021.**

- Last day to cancel your group without penalty is **Monday, December 13, 2021.** After December 13, 2021 and prior to ticketing, you may reduce by 10% or 1 of 13 seats without penalty. Additional reductions will incur a Delta Airlines penalty of $200.00 per each cancelled seat.
- Final payment, along with all full legal names exactly as they appear on the valid US passports being used for travel, as well as dates of birth and gender is required by **Monday, January 3, 2022. Note:  In order for the $39.00 per ticket fee to be waived, authorization for final payment and ticketing will be due by December 15, 2021.**
- 1 free name change per passenger is allowed up to 72 business hours prior to travel.  Additional name changes will incur a fee of $150.00 per each change.
- *All tickets are non-refundable once issued. Future changes may incur a fee of $200.00 plus any fare difference. Changes must be made prior to scheduled departure or the ticket will have no value. Travel on the rebooked itinerary must be completed within one year from the date of ticket issuance. Change fees are currently being waived but change fee waiver policies are subject to change until the tickets are issued.*
- A minimum of 10 passengers is required for group travel.  Should the group drop below 10 seats, the contracted group space will be cancelled, and the itinerary will need to be repriced based on current individual published fares.  If the group drops below 10 seats after **December 13, 2021**, a penalty of $200.00 per each seat will be assessed by Delta Airlines.
- All seat selection is at the discretion of Delta Airlines and will be released once the names have been added and ticketing has been authorized. Seats cannot be guaranteed and are subject to change at any time, especially in the event of a schedule/equipment change.  Please submit names list in the order you wish the group to be seated.
- *Travel is valid roundtrip on Delta Airlines only.*
- *Please be advised that additional airline fees may apply for checked baggage, increased fuel surcharges and in flight services.  The charges are at the discretion of the airline and can change at any time. Please visit* www.delta.com *prior to your flight for the most up to date list of fees.*

American Express Travel will begin providing reservation and ticketing services upon the agreement being signed and any changes or cancellations following this would be according to the terms of this agreement.

Please indicate your agreement to the above terms and conditions by signing below.

**AMERICAN EXPRESS TRAVEL SERVICES COMPANY, INC.**

**KAPLAN GROUP**

_____

By: Estelle M. Ferguson
Title: Group Travel Consultant
Date: August 5, 2021

By: Robert Kaplan
Title: Group Leader
Date:

**From:** lisa@powertravel.net,
**To:** rjkbarjan@aol.com, inagayekaplan@gmail.com, tracy@powertravel.net,
**Subject:** new totals
**Date:** Thu, Jul 29, 2021 10:45 am

Hi Robert,
How did the tickets work out with AMEX? Send me one of the confirmations when they are completed so I have it for the record. Here are the new room totals. I have to check and see if transfers are on the booking and will do so next week. Please confirm that you are definitely going to the Montego Bay location and I will apply the voucher you have from your deposit that wasn't used.

$5171.26 - Robert Kaplan

$5585.26 - Michael Kaplan

$5594.26 - David Kaplan

$5874.26 - Matthew Sher

**$22,225.04 Total**

--

**Before making your deposit please click _____ to read our Terms and Conditions. Power Travel's receipt of your payment acknowledges your acceptance of these terms.**

Lisa Enden
Vice President
**Power Travel**
Member of Virtuoso
(516) 822-9222 ext. 216

Facebook    Instagram

# KAPLAN GROUP/DELTA AIRLINES

Per our contract with Delta Airlines for the KAPLAN Group traveling Saturday, April 16 2022 from New York JFK Airport to Montego Bay Jamaica returning on Monday, April 25, 2022, please note the following:

**Delta Airlines block space is being held for 13 passengers as listed on the following itinerary:**

| FLIGHTS    ITINERARY | DATE | TIMES | # OF PASSENGERS |
|---|---|---|---|
| DL1955 JFK – Montego Bay JM | 16APR22 | 8:00am – 11:10am | 13 |
| DL1957/Montego Bay JM – JFK | 25APR22 | 12:10pm – 5:02pm | 13 |

11 coach seats at a per person airfare of **$524.00** plus taxes of approximately **$184.34** in economy class.
2 coach seats at a per person airfare of **$643.00** plus taxes of approximately **$184.34** in economy class

*Taxes, passenger facility charges, fees or any other surcharges which are assessed by governmental authorities or the airport directly on air travel are subject to change until reservations are ticketed.*

*American Express ticketing fees are waived for tickets issued by December 31, 2021.*
After December 31, 2021, a $39.00 per ticket fee applies paying with the American Express Business Platinum card.

All ticketing will be done electronically; no paper tickets will be issued.

*Delta Airlines reserves the right to change its flight schedules without notice.*

*Fares shown above are per person.*

*This itinerary requires a valid United States passport, which must be valid for at least 6 months after the return date of travel. Additional requirements may apply for non-United States Citizens. If any minors under the age of 18 are traveling without both parents present, a legal letter of authorization from any absent parent(s) may be required.*

*We recommend that you check any requirements or restrictions that may impact your travel, prior to booking and prior to any cancellation deadlines and dates of travel, as travel provider and government policies are continuing to change. For more information, please visit our COVID-19 Travel Hub on AmexTravel.com*

*Based on current restrictions, you will need to get tested no more than 3 days before your return flight to the United States. Please review and monitor CDC guidelines.*

## DEADLINES AND RESTRICTIONS
- Please return this signed agreement by **5:00pm ET Friday, August 6, 2021.**

30-Jul-2021

- Last day to cancel your group without penalty is **Monday, December 13, 2021.** After December 13, 2021 and prior to ticketing, you may reduce by 10% or 1 of 13 seats without penalty. Additional reductions will incur a Delta Airlines penalty of $200.00 per each cancelled seat.
- Final payment, along with all full legal names exactly as they appear on the valid US passports being used for travel, as well as dates of birth and gender is required by **Monday, January 3, 2022.** **Note:** In order for the $39.00 per ticket fee to be waived, authorization for final payment and ticketing will be due by December 15, 2021.
- 1 free name change per passenger is allowed up to 72 business hours prior to travel. Additional name changes will incur a fee of $150.00 per each change.
- *All tickets are non-refundable once issued. Future changes may incur a fee of $200.00 plus any fare difference. Changes must be made prior to scheduled departure or the ticket will have no value. Travel on the rebooked itinerary must be completed within one year from the date of ticket issuance. Change fees are currently being waived but change fee waiver policies are subject to change until the tickets are issued.*
- A minimum of 10 passengers is required for group travel. Should the group drop below 10 seats, the contracted group space will be cancelled, and the itinerary will need to be repriced based on current individual published fares. If the group drops below 10 seats after **December 13, 2021,** a penalty of $200.00 per each seat will be assessed by Delta Airlines.
- All seat selection is at the discretion of Delta Airlines and will be released once the names have been added and ticketing has been authorized. Seats cannot be guaranteed and are subject to change at any time, especially in the event of a schedule/equipment change. Please submit names list in the order you wish the group to be seated.
- *Travel is valid roundtrip on Delta Airlines only.*
- *Please be advised that additional airline fees may apply for checked baggage, increased fuel surcharges and in flight services. The charges are at the discretion of the airline and can change at any time. Please visit www.delta.com prior to your flight for the most up to date list of fees.*

American Express Travel will begin providing reservation and ticketing services upon the agreement being signed and any changes or cancellations following this would be according to the terms of this agreement.

Please indicate your agreement to the above terms and conditions by signing below.

**AMERICAN EXPRESS TRAVEL**
**SERVICES COMPANY, INC.**

**KAPLAN GROUP**

By: Estelle M. Ferguson
Title: Group Travel Consultant
Date: July 29, 2021

By: Robert Kaplan
Title: Group Leader
Date:

**From:** Estelle.Ferguson@service.americanexpress.com,
**To:** rjkbarjan@aol.com,
**Subject:** Kaplan Group JFKMBJ April 16-25 2022- REVISED CONTRACT
**Date:** Thu, Jul 29, 2021 6:52 pm
**Attachments:** Kaplan Group Delta Contract 2083234 JFKMBJ April 16-25, 2022 Revised 29JUL21.doc (172K)



Hi Mr. Kaplan,

I have attached your revised agreement.  Please return both pages of your signed agreement to me by Friday, August 6.

Pricing:
11 seats at $708.34 = $7791.74
2  seats at $827.34 = $1654.68
$39.00 per ticket fee waived if ticketing is authorized by December 15, 2021

Your response is required to complete this reservation.  Prices and availability are subject to change.
• Total air reservation, including taxes and fees: $9446.42
• Includes $0.00 non-refundable fee per ticket, based on ticketing by December 2021..
• Any changes will be subject to an additional $39.00 non-refundable fee per ticket.
• Ticket is non-refundable; $0.00 change/cancel penalty applies plus difference in fare. Future reissue fees are currently being waived by Delta. However, change fee waiver policies and amounts are subject to change until time of ticketing.
Please reply to this email and provide your authorization to proceed.

I will be out of the office tomorrow but back on Monday at 9:00am ET if you have any questions. Thank you so much and have a lovely weekend.

Estelle


*Note: Please review confirmation documents for payment schedule and cancellation fees.


Estelle Ferguson  |  Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday – Friday 9:00am – 5:30pm  EST


To view your travel booking details online, please visit


Hi Mr. Kaplan,

I am so sorry - I noticed a typo on the contract I just sent.  Please use this version attached. Please see my email below for additional information.

Thanks,

· *Note: Please review confirmation documents for payment schedule and cancellation fees.

Estelle Ferguson | Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday - Friday 9:00am - 5:30pm EST

To view your travel booking details online, please visit

Hi Mr. Kaplan,

I hope all is well ! I have attached your group contract. Please return both pages of your signed agreement to me by Friday, August 7 2021.

Pricing:
11 seats at $708.34 = $7791.74
2  seats at $1006.34 = $2012.68
$39.00 per ticket fee waived if ticketing is authorized by December 15, 2021

Your response is required to complete this reservation. Prices and availability are subject to change.
· Total air reservation, including taxes and fees: $9804.42
· Includes $0.00 non-refundable fee per ticket, based on ticketing by December 2021..
· Any changes will be subject to an additional $39.00 non-refundable fee per ticket.
· Ticket is non-refundable; $0.00 change/cancel penalty applies plus difference in fare. Future reissue fees are currently being waived by Delta. However, change fee waiver policies and amounts are subject to change until time of ticketing.
Please reply to this email and provide your authorization to proceed.

I will be out of the office tomorrow but back on Monday at 9:00am ET if you have any questions. Thank you and have a great weekend!

Estelle


*Note: Please review confirmation documents for payment schedule and cancellation fees.

Estelle Ferguson | Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday - Friday 9:00am - 5:30pm EST

To view your travel booking details online, please visit

Hi Mr. Kaplan,

It was nice speaking with you today! Delta can add 2 seats with the later 330pm return but the price for those 2 seats is higher. Below is the block I am holding:

13 seats total:

**11 seats in coach class at $708.34 per ticket on the following**:
DL / 1955 16APR2022 JFK - Montego Bay Jamaica 800A - 1110A
DL / 1957 25APR2022 Montego Bay Jamaica - JFK 1210P - 502P

**2 seats in coach class at $1006.34 per ticket on the following:**
DL / 1955 16APR2022 JFK - Montego Bay Jamaica 800A - 1110A

· DL / 2024 25APR2022 Montego Bay Jamaica - JFK 330P - 830P

I will work on the contract tomorrow.  Thank you!

Estelle


*Note: Please review confirmation documents for payment schedule and cancellation fees.


Estelle Ferguson  |  Travel Counselor
American Express Travel & Lifestyle Services
Email: Estelle.Ferguson@service.americanexpress.com
Monday - Friday 9:00am - 5:30pm  EST


To view your travel booking details online, please visit


Good Morning Mr. Kaplan,

I hope all is well.  Thank you for your group request! I just left you a voicemail message but thought I would email you as well.

Delta quoted a group economy class price of $708.34 per ticket for 11 seats on the following:
DL / 1955 16APR2022 JFK - Montego Bay Jamaica 800A - 1110A
DL / 1957 25APR2022 Montego Bay Jamaica - JFK 1210P - 502P

Please let me know if you would like a group contract. If you proceed, the following deadlines will apply:
**August 6, 2021** - signed contract due
**December 10, 2021** - last day to cancel your group without penalty
**January 3, 2022**  -  names and authorization for payment and ticketing will be due.
Note:  Prices above exclude our $39.00 per ticket fee paying with the Business Platinum Card. **We are currently waiving the fee. We can waive the per ticket fee if you authorize ticketing early,  by December 15, 2021.**
Based on the above price you will need to use 70,834 points to pay in full per ticket.  The 35% rebate (up to a maximum of 500,000 points per year)  will apply if you have Delta Airlines designated as your airline of choice when the tickets are issued.

**IMPORTANT INFORMATION:**
*This itinerary requires a valid United States passport, which must be valid for at least 6 months after the return date of travel.  Additional requirements may apply for non-United States Citizens. If any minors under the age of 18 are traveling without both parents present, a legal letter of authorization from any absent parent(s) may be required. If any passengers need to apply for a new passport or passport renewal, you may want to do this as soon as possible as there are currently delays with processing.*

*We recommend that you check any requirements or restrictions that may impact your travel, prior to booking and prior to any cancellation deadlines and dates of travel, as travel provider and government policies are continuing to change. For more information, please visit our COVID-19 Travel Hub on AmexTravel.com*

*Based on current restrictions, you will need to get tested no more than 3 days before your return flight to the United States.  Please review and monitor CDC guidelines.*

Please let me know if you have any questions. I will be in the office today until 5:30pm ET, tomorrow from 9:00am -5:30pm ET and then back on Monday August 2 at 9:00am ET.  Thank you!

Kind Regards,

*Note: Please review confirmation documents for payment schedule and cancellation fees.

**Estelle Ferguson | Travel Counselor**
**American Express Travel & Lifestyle Services**
**Email:** Estelle.Ferguson@service.americanexpress.com
**Monday - Friday 9:00am - 5:30pm EST**

To view your travel booking details online, please visit

To learn more about e-mail security or report a suspicious e-mail, please visit us at

© 2017 American Express. All rights reserved.

**From:** Estelle.Ferguson@service.americanexpress.com,
   **To:** rjkbarjan@aol.com,
**Subject:** Kaplan group - shedule change/ticketing reminder
   **Date:** Sat, Dec 18, 2021 1:33 pm



Hi Mr. Kaplan,

I hope you and your family are doing well.

Delta has notified me of some additional minor  time changes on your upcoming trip in
April as follows:
DL1955 JFK — Montego Bay JM     16APR22 8:15am - 11:19am (previous times 8:15am –
11:25am)
DL1957/Montego Bay JM — JFK     23APR22 12:50pm - 5:44pm (previous times 12:45pm –
537pm)

Please confirm receipt of these changes.

Names as match the passports, dates of birth and gender along with authorization for full
payment and ticketing will be due by **January 4, 2022**.

Pricing below includes all airline taxes and fees.  Taxes and fees are subject to change
and recalculated at time of ticketing.  AMEX has now eliminated our ticketing fees
indefinitely.

11 seats at $998.34 per ticket = $10,981.74
 2 seats at $1161.34 per ticket = $  2322.68

Your response is required to complete this reservation.  Prices and availability are
subject to change.
• Total air reservation, including taxes and fees: $13,304.42.
• Ticket is non-refundable; $0.00 change/cancel penalty applies plus difference in
fare.  Delta is currently waiving future reissue fees. However, change fee waiver
policies and amounts are subject to change until time of ticketing.
Please reply to this email and provide your authorization to proceed.

IMPORTANT INFORMATION: