AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Faye Lampropoulos, being duly sworn, deposes and says: that deponent is not a party to the action, is over eighteen (18) years of age and is an employee of Dell & Dean, PLLC with offices located in Garden City, NY.

That on 7/7/23 deponent served the within Declaration in Opposition, Exhibits A-C and Memorandum of Law in Opposition upon the following defendants, by email and by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody the United States Postal Service within New York State, at the following address(es):

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
Attorney for Defendant(s)
Hyatt Ziva Rose Hall
Hyatt Hotels Corporation
77 Water Street
Suite 2100
New York, NY 10005
(212) 232-1300
Dean.Pillarella@lewisbrisbois.com

Faye Lampropoulos

Sworn to before me this
7th day of July, 2023

Notary Public

DARSHELL M HINES
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HI6413658
Nassau County
Commission Expires February 02, 2025